# EXHIBIT 7



# MaxLite® LED Double-Ended T8 Linear Retrofit Lamps

## General Safety Information

READ AND FOLLOW ALL SAFETY INSTRUCTIONS

⚠ **WARNING**

**DANGER** - RISK OF SHOCK-DISCONNECT POWER BEFORE INSTALLATION.

**WARNING** - RISK OF FIRE OR ELECTRIC SHOCK. LED RETROFIT KIT INSTALLATION REQUIRES KNOWLEDGE OF LUMINAIRES ELECTRICAL SYSTEMS. IF NOT QUALIFIED, DO NOT ATTEMPT INSTALLATION AND CONTACT A QUALIFIED ELECTRICIAN.

**WARNING** - RISK OF FIRE OR ELECTRIC SHOCK. PRODUCT MUST BE INSTALLED IN ACCORDANCE WITH THE NATIONAL ELECTRICAL CODE OR YOUR LOCAL ELECTRICAL CODE. IF YOU ARE NOT FAMILIAR WITH THESE CODES AND REQUIREMENTS, CONTACT A QUALIFIED ELECTRICIAN.

**WARNING - RISK OF FIRE OR ELECTRIC SHOCK.** INSTALL THIS KIT ONLY IN LUMINAIRES THAT HAVE THE CONSTRUCTION FEATURES AND DIMENSIONS SHOWN IN THE PHOTOGRAPHS AND/OR DRAWINGS AND WHERE THE INPUT RATING OF THE RETROFIT KIT DOES NOT EXCEED THE INPUT RATING OF THE LUMINAIRE.

**WARNING** - TO PREVENT WIRING DAMAGE OR ABRASION, DO NOT EXPOSE WIRING TO EDGES OF SHEET METAL OR OTHER SHARP OBJECTS. DO NOT MAKE OR ALTER ANY OPEN HOLES IN AN ENCLOSURE OF WIRING OR ELECTRICAL COMPONENTS DURING KIT INSTALLATION.

INSTALLERS SHOULD NOT DISCONNECT EXISTING WIRES FROM LAMPHOLDER TERMINALS TO MAKE NEW CONNECTIONS AT LAMPHOLDER TERMINALS. INSTEAD INSTALLERS SHOULD CUT EXISTING LAMPHOLDER LEADS AWAY FROM THE LAMPHOLDER AND MAKE NEW ELECTRICAL CONNECTIONS TO LAMPHOLDER LEAD WIRES BY EMPLOYING APPLICABLE CONNECTORS.

**WARNING** - RISK OF FIRE OR ELECTRIC SHOCK. LUMINAIRE WIRING AND ELECTRICAL PARTS MAY BE DAMAGED WHEN INSTALLING OF RETROFIT KIT HARDWARE. CHECK FOR ENCLOSED WIRING AND COMPONENTS.

**WARNING** - RISK OF FIRE OR ELECTRIC SHOCK. CHECK THE EXISTING WIRING FOR DAMAGE  BEFORE INSTALLING UPGRADE KIT. DO NOT INSTALL IF EXISTING WIRES ARE DAMAGED.

**THIS RETROFIT KIT IS ACCEPTED AS A COMPONENT OF A LUMINAIRE WHERE THE SUITABILITY OF THE COMBINATION SHALL BE DETERMINED BY AUTHORITIES HAVING JURISDICTION.**

"THIS LUMINAIRE HAS BEEN MODIFIED AND CAN NO LONGER OPERATE THE ORIGINALLY INTENDED LAMP," SHALL BE MARKED ON THE RETROFIT LUMINAIRE WHERE READILY VISIBLE BY THE USER DURING NORMAL MAINTENANCE INCLUDING LAMPING.

DO NOT USE WITH DIMMERS.

SUITABLE FOR DAMP LOCATIONS. SUITABLE FOR USE IN ENCLOSED LUMINAIRES.

THIS DEVICE IS NOT INTENDED FOR USE WITH EMERGENCY EXITS.

THIS DEVICE COMPLIAS WITH PART 15 OF THE FCC RULES. OPERATION IS SUBJECT TO THE FOLLOWING TWO CONDITIONS: (1) THIS DEVICE MAY NOT CAUSE HARMFUL INTERFERENCE, AND (2) THIS DEVICE MUST ACCEPT ANY INTERFERENCE RECEIVED, INCLUDING INTERFERENCE THAT MAY CAUSE UNDESIRED OPERATION.



# MaxLite® LED Double-Ended T8 Linear Retrofit Lamps

## Installation Instructions

1. Make sure the circuit breaker that supplies the power to the fixture is turned off.

2. Remove lens or diffuser cover (if applicable) and existing fluorescent lamps.

3. Open/Remove ballast wiring compartment cover.

4. Identify the line and neutral wires running from the breaker box to the ballast and confirm the power is off using a voltmeter.

5. Cut all wires connected to ballast, and remove ballast (and starter if present). Dispose of removed ballast and fluorescent lamps in accordance with government regulations in your area.

6. MaxLite LED T8 lamps are designed for double-ended connections only **(Figure 1)**.

7. Wire using appropriate wiring diagram. (**Figure 2, 3, 4**).

8. Reinstall the ballast cover to hide all wires.

9. Install your new MaxLite LED T8 replacement lamps.

10. Apply Relamping Label on a visible location inside the fixture.



Figure 1. - Double-Ended connection



Figure 2. - Retrofit with One Lamp



Figure 3. - Retrofit with Two Lamps



Figure 4. - Retrofit with Three/Four Lamps



11. Reinstall lens or diffusion cover on the light fixture.

12. Turn power on at the breaker box.

13. Turn on the lights.

© Copyright 2017. MaxLite, Inc. All Rights Reserved.
12 York Ave, West Caldwell, NJ 07006   Tel: 800-555-5629   Fax: 973-244-7333   Email: info@maxlite.com

Page: 2
REV: 7/24/17

# MaxLite® LED Double-Ended T8 Linear Retrofit Lamps

## Warranty Information

MaxLite Inc. warrants its products for a minimum period of **SEVEN (7)** years from the date of original purchase from MaxLite or its authorized distributor/dealer (the "Warranty Period"), as follows: If a Product fails to operate during the Warranty Period as a result of defects in materials or workmanship, MaxLite will, at its option, repair it, replace it with the same or like Product.

Please refer to Maxlite's website (at http://maxlite.com/resources/warranties) for the complete terms and conditions of our warranty.

Limitation of Liability

THE FOREGOING WARRANTY IS EXCLUSIVE, AND IS THE SOLE REMEDY FOR ANY AND ALL CLAIMS, WHETHER IN CONTRACT, IN TORT OR OTHERWISE ARISING FROM THE FAILURE OF PRODUCT AND IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ALL WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WHICH WARRANTIES ARE HEREBY EXPRESSLY DISCLAIMED TO THE EXTENT PERMITTED BY LAW AND, IN ANY EVENT, SHALL BE LIMITED TO THE WARRANTY PERIOD SPECIFIED ABOVE. THE LIABILITY OF MAXLITE SHALL BE LIMITED TO THE TERMS OF THE EXPRESS WARRANTY SET FORTH HEREIN. IN NO EVENT WILL MAXLITE BE LIABLE FOR ANY SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES INCLUDING, WITHOUT LIMITATION, DAMAGES RESULTING FROM LOSS OF USE, PROFITS, BUSINESS OR GOODWILL, LABOR COSTS, REMOVAL OR INSTALLATION COSTS, DECREASE IN THE LIGHT OUTPUT OF THE LAMP, AND/OR DETERIORATION IN THE LAMP'S PERFORMANCE, WHETHER OR NOT MAXLITE HAS BEEN ADVISED OF THE POSSIBILITY THEREOF. UNDER NO CIRCUMSTANCES SHALL MAXLITE'S ENTIRE LIABILITY FOR A DEFECTIVE PRODUCT EXCEED THE PURCHASE PRICE OF THAT PRODUCT.  WARRANTY SERVICES PROVIDED UNDER THESE TERMS AND CONDITIONS DO NOT ENSURE THE UNINTERRUPTED OPERATION OF PRODUCTS; MAXLITE SHALL NOT BE LIABLE FOR DAMAGES CAUSED BY ANY DELAYS INVOLVING WARRANTY SERVICE.

This Limited Warranty gives you specific legal rights and you may also have other rights that may vary from state to state.  Because some states or jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, this limitation may not apply to you.

**CONSIGNES D'INSTALLATION**   Série linéaire à double extrémité LED à dérivation: 2FT, 3FT, 4FT

MaxLite® Lampes linéaires à double extrémité à LED à double extrémité 

## Informations générales de sécurité

LIRE ET SUIVRE TOUTES LES CONSIGNES DE SÉCURITÉ

⚠ **AVERTISSEMENT**

**DANGER** - RISQUE D'INCENDIE ET DE DÉCHARGE ÉLECTRIQUE-DÉBRANCHER AVANT TOUTE INSTALLATION.

**AVERTISSEMENT** - RISQUE D'INCENDIE ET DE DÉCHARGE ÉLECTRIQUE. L'INSTALLATION D'UN SYSTÈME DEL NÉCESSITE UNE CONNAISSANCE DES SYSTÈMES ÉLECTRIQUES POUR LUMINAIRES. N'ENTREPRENEZ AUCUNE INSTALLATION SI VOUS N'ÊTES PAS QUALIFIÉ. CONTACTEZ UN ÉLECTRICIEN QUALIFIÉ.

**AVERTISSEMENT** - RISQUE D'INCENDIE OU DE CHOC ÉLECTRIQUE. INSTALLER CE KIT SEULEMENT DANS DES LUMINAIRES QUI AYANT LES CARACTÉRISTIQUES DE CONSTRUCTION ET LES DIMENSIONS MENTIONNÉES DANS LES PHOTOGRAPHIES ET / OU LES DESSINS ET OÙ LA VÉRIFICATION D'ENTRÉE DU KIT RETROFIT NE DÉPLACE PAS LA VALEUR D'ENTRÉE DU LUMINAIRE.

**AVERTISSEMENT** - AFIN D'ÉVITER TOUT RISQUE D'INCENDIE OU DE DÉCHARGE, NE PAS UTILISER CE SYSTÈME POUR DES LUMINAIRES UTILISANT DES DOUILLES DE LAMPE BI-CONTACTS COURT-CIRCUITÉES. NOTE : LES DOUILLES DE LAMPE BI-CONTACTS COURT-CIRCUITÉES SE TROUVENT GÉNÉRALEMENT DANS LES LUMINAIRES FLUORESCENTS AVEC BALLASTS À ALLUMAGE INSTANTANNÉ. CES DERNIERS S'IDENTIFIENT PAR LES TERMES « INSTANT START » OU « I.S. ». CES TERMES PRENNENT LA FORME D'UN ÉNONCÉ RELATIF AU BALLAST MÊME OU PEUVENT ÊTRE AJOUTÉS AUX INDICATIONS CONCERNANT LES LAMPES AVEC LESQUELLES LES BALLASTS DOIVENT ÊTRE UTILISÉS (PAR EXEMPLE, F40T12/IS). POUR DE PLUS AMPLES RENSEIGNEMENTS, VEUILLEZ COMMUNIQUER AVEC LE FABRICANT DU SYSTÈME DE LUMINAIRE DEL.

NUL BESOIN DE DÉBRANCHER LES CÂBLES EN PLACE DES TERMINAUX ET NE PAS CRÉER DE NOUVELLES CONNEXIONS AU NIVEAU DES DOUILLES. IL FAUT COUPER LES CÂBLES EXISTANTS ET CRÉER DE NOUVELLES CONNEXIONS À L'AIDE DE CONNECTEURS.

**AVERTISSEMENT** - RISQUE D'INCENDIE ET DE DÉCHARGE ÉLECTRIQUE. CE PRODUIT DOIT ÊTRE INSTALLÉ CONFORMÉMENT AU CODE DE L'ÉLECTRICITÉ NATIONAL OU CELUI DE VOTRE RÉGION. SI VOUS NE LES CONNAISSEZ PAS, VEUILLEZ CONTACTER UN ÉLECTRICIEN QUALIFIÉ.

**AVERTISSEMENT** - AFIN D'ÉVITER TOUT DOMMAGE OU ABRASION AU SYTÈME DE CÂBLES, NE PAS EXPOSER CE DERNIER À DES BORDS DE PLAQUES EN MÉTAL OU À DES OBJETS TRANCHANTS. LORS DE L'INSTALLATION, NE PAS CRÉER D'OUVERTURES AU NIVEAU DES ATTACHES DES CÂBLES NI MODIFIER LES OUVERTURES EXISTANTES.

**AVERTISSEMENT** - RISQUE D'INCENDIE ET DE DÉCHARGE ÉLECTRIQUE. LES CÂBLES ET LES PIÈCES DU LUMINAIRE PEUVENT ÊTRE ENDOMMAGÉS LORS DE L'INSTALLATION DU SYSTÈME. VÉRIFIER LES CÂBLES ET LES ACCESSOIRES FOURNIS.

**AVERTISSEMENT** - RISQUE D'INCENDIE ET DE DÉCHARGE ÉLECTRIQUE. VÉRIFIER LE SYSTÈME DE CÂBLE EXISTANT AVANT TOUTE INSTALLATION D'UN NOUVEAU SYSTÈME. NE PAS INSTALLER SI LES CÂBLES EXISTANTS SONT ENDOMMAGÉS.

**AVERTISSEMENT** - CE KIT RETROFIT EST ACCEPTÉ EN TANT QUE COMPOSANT D'UN LUMINAIRE OÙ LA CONDUITE DE LA COMBINAISON EST DÉTERMINÉE PAR LES AUTORITÉS AVEC JURIDICTION.

L'ÉNONCÉ « LE PRÉSENT LUMINAIRE A ÉTÉ MODIFIÉ POUR FONCTIONNER AVEC DES LAMPES DEL. NE PAS TENTER D'INSTALLER ET DE FAIRE FONCTIONNER DES LAMPES FLUORESCENTES DANS CE LUMINAIRES » SERA AJOUTÉ SUR LES SYSTÈMES LORS DES ENTRETIENS DE FAÇON À CE QU'IL SOIT VISIBLE AUX UTILISATEURS.

© Copyright 2017. MaxLite, Inc. Tous droits réservés.
12 York Ave, West Caldwell, NJ 07006  Téléphone: 800-555-5629   Télécopieur: 973-244-7333   Email: info@maxlite.com

**CONSIGNES D'INSTALLATION**          Série linéaire à double extrémité LED à dérivation: 2FT, 3FT, 4FT



# MaxLite® Lampes linéaires à double extrémité à LED à double extrémité

## Consignes d'installation

1. S'assurer que le coupe-circuit qui alimente le système est bien éteint.
2. Retirer la lentille ou le diffuseur (le cas échéant) et les lampes fluorescentes existantes.
3. Ouvrir/retirer le dispositif de fermeture du boîtier des câbles du ballast.
4. Identifier les lignes et les câbles neutres allant de la boîte des disjoncteurs au ballast et s'assurer, à l'aide d'un voltmètre, que le courant a bien été coupé.
5. Couper tous les câbles connectés au ballast, retirer le ballast (et le starter, le cas échéant). Jeter le ballast et les lampes fluorescentes conformément aux règlements de votre région.
6. Les lampes MaxLite LED T8 sont conçues uniquement pour les connexions à double extrémité. **(Figure 1)**.
7. Fil à l'aide du schéma de câblage approprié. **(Figures 2, 3, 4)**.
8. Replacer le dispositif de fermeture du boîtier du ballast de façon à cacher tous les câbles.
9. Installer vos nouvelles lampes T8 DEL de MaxLite.
10. Coller l'étiquette de remplacement sur un côté visite à l'intérieur du luminaire.



11. Remettre la lentille ou le diffuseur du luminaire.
12. Rétablir le courant au niveau de la boîte des disjoncteurs.
13. Allumer les lumières.



**Figure 1. - Connexion à double extrémité**



**Figure 2. - Installation avec une lampe**



**Figure 3. - Installation avec deux lampes**



**Figure 4. - Installation avec trois/quatre lampes**

© Copyright 2017. MaxLite, Inc. Tous droits réservés.
12 York Ave, West Caldwell, NJ 07006  Téléphone: 800-555-5629  Télécopieur: 973-244-7333  Email: info@maxlite.com

Page: 5
REV: 7/24/17

**CONSIGNES D'INSTALLATION**        **LAMPES LINÉAIRES T8 DEL DE MaxLite: 2FT, 3FT, 4FT**



# MaxLite® Lampes linéaires à double extrémité à LED à double extrémité

## Informations sur la garantie

MaxLite Inc. garantit ses produits pour une période d'au moins **SEPT (7)** ans à partir de la date d'achat initiale de MaxLite ou de son distributeur/concessionnaire agréé (la « Période de Garantie »), comme suit : Si un Produit ne fonctionne pas pendant la Période de Garantie en raison des défauts de matériaux ou de fabrication, MaxLite s'engage à le réparer ou à le remplacer, à son choix, avec le même Produit ou avec un Produit similaire.

Voir le site Web de Maxlite (http://maxlite.com/resources/warranties) pour l'ensemble des conditions de notre garantie.

Limitation de responsabilité

LA PRÉSENTE GARANTIE EST EXCLUSIVE ET CONSTITUE LA SEULE RÉPARATION POUR TOUTES LES RÉCLAMATIONS, QU'ELLES SOIENT CONTRACTUELLES, DÉLICTUELLES OU D'AUTRE NATURE, RÉSULTANT DE LA DÉFAILLANCE DU PRODUIT, ET REMPLACE TOUTES AUTRES GARANTIES, EXPRESSES OU IMPLICITES, Y COMPRIS TOUTES LES GARANTIES DE QUALITÉ MARCHANDE OU D'ADAPTATION À UN USAGE PARTICULIER, CES GARANTIES ÉTANT PAR LA PRÉSENTE EXPRESSÉMENT REJETÉES DANS LA MESURE PRÉVUE PAR LA LOI ET, EN TOUT ÉTAT DE CAUSE, LIMITÉES À LA PÉRIODE DE GARANTIE ÉNONCÉE CI-DESSUS. LA RESPONSABILITÉ DE MAXLITE SERA LIMITÉE AUX TERMES DE LA GARANTIE EXPRESSE DÉFINIS DANS LA PRÉSENTE. MAXLITE NE SERA EN AUCUN CAS TENUE RESPONSABLE DE TOUS DOMMAGES PARTICULIERS, ACCESSOIRES OU CONSÉCUTIFS INCLUANT, SANS S'Y LIMITER, DES DOMMAGES RÉSULTANT DE LA PERTE DE JOUISSANCE, DE BÉNÉFICES, D'ACTIVITÉ OU DE CLIENTÈLE, DES COÛTS DE MAIN D'ŒUVRE, DES COÛTS D'ENLÈVEMENT OU DE MONTAGE, DE LA BAISSE DE LUMINOSITÉ DE LA LAMPE ET/OU DE LA DÉGRADATION DU RENDEMENT DE LA LAMPE, QUE MAXLITE AIT ÉTÉ INFORMÉE OU NON D'UNE TELLE POSSIBILITÉ. LA RESPONSABILITÉ TOTALE DE MAXLITE POUR UN PRODUIT DÉFECTUEUX NE DÉPASSE EN AUCUN CAS LE PRIX D'ACHAT DU PRODUIT RESPECTIF. LES SERVICES DE GARANTIE FOURNIS EN VERTU DE CES CONDITIONS N'ASSURENT PAS LE FONCTIONNEMENT ININTERROMPU DES PRODUITS; MAXLITE NE SERA PAS TENUE RESPONSABLE DES DOMMAGES CAUSÉS PAR TOUS RETARDS IMPLIQUANT LE SERVICE DE GARANTIE.

La présente Garantie Limitée vous accorde des droits légaux spécifiques en plus d'autres droits éventuels variant d'un État à l'autre. Certains États ou juridictions ne permettant pas l'exclusion ou la limitation de responsabilité pour les dommages consécutifs ou accessoires, il est possible que cette limitation ne vous concerne pas.