# EXHIBIT 8

CED
invoice -1

ENTERED: 10/09/2018

| REGISTER NO. | REGISTER DATE |
|---|---|
| 3952-671293 | 10/09/18 |

PAGE 001 OF 001

THIS IS NOT AN INVOICE

SHIP TO:
SAM YING
23331 PERALTA DRIVE #12
LAGUNA HILLS, CA 92653
(949) 295-5886 Sam

JNT
AURNA
J1 PERALTA DR #12
AGUNA HILLS, CA 92653

| ACCOUNT NO.<br>HS-00002 | JOB NAME AND ADDRESS<br>MAXLITE | COD ACCOUNT | CUSTOMER ORDER<br>SAM | | | | |
|---|---|---|---|---|---|---|---|
| SALESPERSON<br>11010 AS | SHIPPING INFORMATION<br>PREPAID | | SHIP VIA<br>WILL CALL | | | | |

| QUANTITY<br>ORDERED | PRODUCT CODE | DESCRIPTION | QUANTITY<br>SHIPPED | PRICE | SHIP DATE<br>10/09/18 | WHEN SHIP | CARTONS | COILS | BUNDLES | DISC. | EXTENSION | T A P X * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 MAXLI 112FED340CG4 | | 12W LED T8 LAMP 4000K | 6 | | | | | | | | | |
| 1 | MISC SMALL ORDER FEE | | 8.50 | E | P E R | | | | | | 20.00 | X T * |
| | | | 20.00 | E | | | | | | | 51.00 | X T * |
| 1 | FRT SHIPPING & HANDLING | | 12.00 | E | | | | | | | 12.00 | X T * |

| | | | | MERCHANDISE | 83.00 |
|---|---|---|---|---|---|
| | | | | Tax @ 7.75000% | 6.43 |
| | | | | SHIPPING CHARGE | |

TITLE TO MERCHANDISE AND RISK OF LOSS OR DAMAGE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR IN OUR PART.

A SERVICE CHARGE OF 1 1/2% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS. THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.GRAYBAR.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.

CODE TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER. THIS CODE
B - DIRECT OUR INVOICES
A - BACK ORDERED WILL SHIP AS BOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.
C - CANCELLED, NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

THIS MATERIAL WAS SPECIFICALLY ORDERED FOR AND WILL BE USED ON THE JOB NAME HEREIN, ABOVE MATERIAL REC EIVED:

SIGNED _____

DATE _____

| DEPOSIT: | TOTAL DUE | |
|---|---|---|
| BAL DUE: | | 89.43 |

CUSTOMER COPY

Maxlite
Paid

CED Invoice-2

ENTERED: 10/05/2018     PAGE   001  OF  001

10/05/18

3952-671166

THIS IS NOT AN INVOICE

COD ACCOUNT

CED LAGUNA
23331 PERALTA DR #12
LAGUNA HILLS, CA. 92653

SHIP TO: SAN YUNG
23331 PERALTA DRIVE #12
LAGUNA HILLS, CA 92653
(949) 295-5886 Sam

| ACCOUNT NO. HS-000002 | JOB NAME AND ADDRESS   COD ACCOUNT | CUSTOMER ORDER   SAM | WHEN SHIP |
|---|---|---|---|
| SALESPERSON 14100  JAS | | SHIP VIA WILL CALL | 10/05/18 |

SHIP VIA WILL CALL

| ORDERED QUANTITY | PRODUCT CODE | DESCRIPTION | SHIPPED QUANTITY | PRICE | PER | DISC. | EXTENSION | CARTONS | COILS | BUNDLES |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | MAXL8 L12RES340C84 | 12W LED T8 LAMP 4000K | 8.50 | E | 34.00 | Y A P X | | | |
| 1 | MISC SMALL ORDER FEE | | 20.00 | E | 20.00 | X T | | | |
| 1 | FRT | SHIPPING & HANDLING | 12.00 | E | 12.00 | X T | | | |

STOCKED IN INDIANA

CED - LAGUNA
23331 PERALTA DRIVE #12
LAGUNA HILLS,CA - 92653
(949)582-9500

Oct 5 2018 12:47PM

Total: 71.12

PURCHASE
Register: 671166
Card: Visa
Card #: XXXXXXXXXXXX2245
Invoice: 000001B450
Auth #: 06663D

Customer Name: MANUALLY/ENTERED
Sales Person: 00033
Terminal: 241

IMPORTANT - RETAIN THIS COPY
FOR YOUR RECORDS

THANK YOU!

***CUSTOMER COPY***

| | MERCHANDISE | 66.00 |
|---|---|---|
| | Tax @ 7.7500% | 5.12 |
| | SHIPPING CHARGE | |
| | TOTAL DUE | 71.12 |

TITLE TO MERCHANDISE AND RISK OF LOSS OR DAMAGE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT DELIVERY OR
DAMAGE MUST BE REPORTED IMMEDIATELY.
MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON
DEFECTIVE OR THRU ERROR IN OUR PART.

A SERVICE CHARGE OF 1½% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY LAW, WILL BE CON-
TINUED ON ALL PAST DUE ACCOUNTS. THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALE.ENGR.TERMS.COM, WHICH WE IN-
CORPORATE WITHOUT PRIOR NOTICE.

THIS MATERIAL WAS SPECIFICALLY ORDERED FOR AND WILL BE USED ON THE JOB NAME SHOWN HEREIN. /

SIGNED _____  DATE _____

CUSTOMER COPY

SHIPPING INFORMATION
PREPAID