# EXHIBIT 9



# West-Lite Supply Company, Inc.
- For All Your Lighting Needs -

**INVOICE**

PHOENIX, ARIZONA
Phone: 888-966-7601
Fax: 480-966-3166

LOS ANGELES FACILITY &
CORPORATE HEADQUARTERS
12951 166th Street, Cerritos, CA 90703
Phone: 800-660-6678
Fax: 562-802-0154

CINCINNATI, OHIO
Phone: 888-333-2973
Fax: 513-563-2950

SAN FRANCISCO, CALIFORNIA
Phone: 800-344-1133
Fax: 510-487-2368

www.west-lite.com

LEXINGTON, KENTUCKY
Phone: 888-820-5483
Fax: 859-233-0996

| NUMBER | DATE | PAGE |
|---|---|---|
| 55494C | 11-21-17 | 1 |

**BILL TO**
CREDIT
CREDIT CARD SALES
PLEASE SEE SHIP TO
SEE SHIP TO, CA  00000

**SHIP TO**
SAMUEL YUNG
3 GOLDENROD
IRVINE, CA 92614

| YOUR ORDER | TERMS | ORDER#/DATE | SLSM | WHS | SHIP VIA |
|---|---|---|---|---|---|
| SAM.CC | CREDIT CARD | 55494C 11-09-17 | 01 | 01 | CREDIT CARD AC |

| LINE NO. | ITEM NO./DESCRIPTION | U/M | QTY. ORDERED | QTY. SHIPPED | QTY. B/O | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3 | MAXLITE.L11.5T8DE450-CG4\|01 5000K LED TUBE | E | 25 | 25 | 0 | 14.17 | 354.25 |
| | CA-LOS ANGELES COUNTY | | | | | | 33.65 |
| | WILL CALL WILL CALL WILL CALL CC HAS BEEN CHARGED | | | | | | |

West-Lite Supply Co Inc., (West-Lite) excludes all express or implied warranties including the implied warranty of merchantability or fitness for a particular purpose. West-Lite is not the manufacturer of the goods or products sold and any warranty of the goods or product, whether expressed or implied, is limited solely to that provided by the manufacturer. West-Lite shall not be liable for any loss or damage, whether direct, indirect, special, incidental or consequential, regardless of the legal theory asserted, including negligence, warranty or strict liability.

THANK YOU FOR YOUR ORDER! A 1% SERVICE CHARGE PER MONTH WILL BE ADDED ON PAST DUE INVOICES. NO RETURNS WITHOUT WRITTEN PERMISSION-RESTOCKING CHARGES APPLY. *NO RETURNS ON SPECIAL ORDERS.* ALL FEES AND OTHER COST DUE TO COLLECTION OF THIS INVOICE, IF ANY, SHALL BE PAID BY THE CUSTOMER.

**TOTAL DUE** ⇒ 387.90

Customer

Copyright 2000 ADP, Inc.  INVOICE XIN1C