# EXHIBIT 10

# ORDER ACKNOWLEDGEMENT



3600 W Segerstrom Ave.
Santa Ana, CA 92704

Phone: (949) 833-3052
Fax:    (949) 833-6928

| Order Number | |
|---|---|
| 2934567 | |
| Order Date | Page |
| 1/21/2019 09:37:13 | 1 of 1 |

To place this order on our website, please click here

**Bill To:**

CASH CONTRACTOR TAXABLE SANTA ANA
3600 W SEGERSTROM AVE
SANTA ANA, CA 92704
USA


949-833-3052

**Ship To:**

CASH CONTRACTOR TAXABLE SANTA ANA
3600 W SEGERSTROM AVENUE
SANTA ANA, CA 92704
USA

**Customer ID:**     3772

| PO Number | | | Ship Route | Taker | | |
|---|---|---|---|---|---|---|
| SAM YUNG 818-932-8440 | | | | DUSTIN.RAMIREZ | | |

| Quantities | | | | Item ID | Pricing UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| Ordered | Allocated | Remaining | Disp. | Item Description | | | |
| | | | | Customer Note: *****ALL CASH SALES ARE FINAL***** | | | |
| 5 | 0 | 5 | B | KEYKTLED15T848GC840DX2 KT-LED15T8-48GC-840-DX2 | EA | 13.95 | 69.75 |
| 5 | 0 | 5 | B | KEYKTLED14T848G835X2 KEYSTONE KT-LED14T8-48G-835--X2 | EA | 17.11 | 85.55 |
| 5 | 0 | 5 | B | MAXL115T8DE440CG4 MAXLITE L11.5T8DE440-CG4 | EA | 9.74 | 48.70 |
| 5 | 0 | 5 | B | MAXL12T8DE340CG4 MAXLITELITE | EA | 8.08 | 40.40 |
| 5 | 0 | 5 | B | SATS8890 13T8/LED/48-830/DUAL/BP-DR | EA | 10.90 | 54.50 |
| 5 | 0 | 5 | B | SATS8892 13T8/LED/48-840/DUAL/BP-DR | EA | 10.90 | 54.50 |
| 5 | 0 | 5 | B | TOPL4T8B84015FDE70 TOPAZ L4T8B/840/15F/DE-70 | EA | 8.24 | 41.20 |

*Total Lines: 7*

| | |
|---|---|
| **SUB-TOTAL:** | 394.60 |
| **TAX:** | 30.58 |
| **AMOUNT TENDERED :** | 425.18 |
| **AMOUNT DUE:** | **0.00** |
| | *U.S. Dollars* |