# EXHIBIT 11

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| U.S. Pat. No. 9,689,536 | MaxLite LED Tube L11.5T8DE440-CG4 |
|---|---|
| 1. A light-emitting diode (LED) tube lamp, comprising: a lamp tube; a first end cap, having a first external connection terminal and a second external connection terminal and coupled to one end of the lamp tube; a second end cap, having a third external connection terminal and coupled to the other end of the lamp tube, wherein the external connection terminals of the two end caps are for receiving an external driving signal; | The MaxLite LED Tube L11.5T8DE440-CG4 is a light-emitting diode (LED) tube lamp comprising the claimed elements as set forth below.  The MaxLite LED Tube L11.5T8DE440-CG4 includes a lamp tube; a first end cap, having a first external connection terminal and a second external connection terminal and coupled to one end of the lamp tube; a second end cap, having a third external connection terminal and coupled to the other end of the lamp tube, wherein the external connection terminals of the two end caps are for receiving an external driving signal.<br><br>For example, Figure. 1 shows MaxLite's LED tube includes lamp tube (marked with "1") and two end caps (marked with "2a" and "2b") connected to the respective end of the lamp tube 1.  Each end caps 2a, 2b has two pins for connecting the power line in a lamp socket and receiving an AC signal.  The end cap marked with "AC-" refers to first end cap 2a and the end cap at the opposite end of lamp tube 1 refers to second end cap 2b. First end cap 2a has a first external connection terminal (marked with "3a") and a second external connection terminal (marked with "3b"), respectively.  Second end cap 2b has two pins with a third external connection terminal (marked with "3c"). |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br><br>Figure 1: Appearance of MaxLite's LED tube |
| a rectifying circuit, coupled to the external connection terminals of the end caps, for rectifying the external driving signal to produce a rectified signal; | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit, coupled to the external connection terminals of the end caps, for rectifying the external driving signal to produce a rectified signal.<br><br>For example, in Figure 2, a bridge rectifier BD on the second side of the power PCB forms a rectifying circuit (marked with "6"). |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 2: Photo and equivalent circuit diagram of MaxLite's rectifying circuit

| | |
|---|---|
| a filtering circuit, coupled to the rectifying circuit, for filtering the rectified signal to produce a filtered signal; | The MaxLite LED Tube L11.5T8DE440-CG4 has a filtering circuit, coupled to the rectifying circuit, for filtering the rectified signal to produce a filtered signal.<br><br>For example, in Figure 3, the filtering circuit is marked with "7". The filtering circuit is coupled to rectifying circuit. Filtering circuit 7 filters the rectified to produce a filtered signal (S3). |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 3: Photo and equivalent circuit diagram of MaxLite's filtering circuit |
| an LED module, disposed on a power loop of the LED tube lamp, coupled to the filtering circuit and configured to be driven based on the filtered signal for emitting light; and | The MaxLite LED Tube L11.5T8DE440-CG4 has a an LED module, disposed on a power loop of the LED tube lamp, coupled to the filtering circuit and configured to be driven based on the filtered signal for emitting light.<br><br>For example, in Figure 4, an LED module is marked with "4". LED module 4 is connected to a power loop (marked with "PL1"), which is configured to be driven based on the filtered signal for emitting (marked with "S1").<br><br>Further, Figures 5 and 6 show one coupling between LED module 4 and filtering circuit 7 (marked with "8"). |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 4: Photo of MaxLite's LED module

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 5: Photo and equivalent circuit diagram of MaxLite's driving circuit



Figure 6: Signal waveform of signal S1 for driving the LED module

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| an installation detection module, coupled to the power loop and | The MaxLite LED Tube L11.5T8DE440-CG4 has an installation detection module coupled to the power loop.<br><br>For example, in Figure 7, circuit board 1152-DIO8270 is an installation detection module (marked with "9"). One coupling between the installation detection module 9 and the power loop is illustrated below. Figure 8 provides further detail regarding the coupling and infringing operation.<br><br><br><br>Figure 7: Photo and equivalent circuit diagram of MaxLite's installation detection module |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| |   |
| | Figure 8: X-ray and OM Photos of MaxLite's installation detection module |
| configured to generate a control signal having at least one pulse and to temporarily cause a current to be conducted in a detection path during the pulse-on time of the control signal for detecting an installation state between the LED tube lamp and a lamp socket, | The MaxLite LED Tube L11.5T8DE440-CG4 is configured to generate a control signal having at least one pulse and to temporarily cause a current to be conducted in a detection path during the pulse-on time of the control signal for detecting an installation state between the LED tube lamp and a lamp socket. <br><br> For example, one detection path is marked with "P1" as shown in Figures 7 and 8. Further, in Figure 9, the blue line shows the current waveform measured from detection path P1 and the dark yellow line shows the voltage waveform of control signal S4. During the relamping test, chip CP1 generates a control signal having at least one pulse and to temporarily cause a current to be conducted in detection path P1 during the pulse-on time of the control signal for detecting an installation state between the LED tube lamp and a lamp socket. <br><br> By further way of example, Figure 10 shows further testing showing that the installation state is detected in the |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | manner claimed, and specifically that the claimed control signal is generated with at least one pulse and temporarily causes a current to be conducted in a detection path during the pulse-on time of the control signal for detecting an installation state between the LED tube lamp and a lamp socket.<br><br><br><br>Figure 9: Signal waveform of current on the power loop/detection path and pulse signal S1 |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| |   Figure 10: Testing the function of the installation detection module |
| wherein the rectifying circuit comprises: | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit with a first bridge arm, coupled to the first external connection terminal on the first end cap. |
| a first bridge arm, | For example, in Figure 11, the first bridge arm is marked BA1 and coupled to first external connection terminal 3a on |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| coupled to the first external connection terminal on the first end cap; | first end cap 2a<br><br>Figure 11: Photo and equivalent circuit diagram of first bridge arm BA1 |
| a second bridge arm, coupled to the second external connection terminal on the first end cap, and connected in parallel with the first bridge arm; and | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit with a second bridge arm, coupled to the second external connection terminal on the first end cap, and connected in parallel with the first bridge arm.<br><br>For example, in Figure 12, the second bridge arm is marked BA2 and is coupled to second external connection terminal 3b on the first end cap and connected in parallel with the first bridge arm (BA1): |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 12: Photo and equivalent circuit diagram of second bridge arm BA2 |
| a third bridge arm, coupled to the third external connection terminal on the second end cap and connected in parallel with the first and the second bridge arms, | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit with a third bridge arm, coupled to the third external connection terminal on the second end cap and connected in parallel with the first and the second bridge arms<br><br>For example, in Figure 13, the third bridge arm BA3 coupled to third external connection terminal 3c on the second end cap and connected in parallel with the first and the second bridge arms (BA1 or BA2). |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 13: Photo and equivalent circuit diagram of third bridge arm BA3 |
| wherein any two of the bridge arms form a full-wave rectifier. | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit wherein any two of the bridge arms form a full-wave rectifier.<br><br>For example, in Figure 14, first bridge arm BA1, second bridge arm BA2 and third bridge arm BA3 are connected in parallel.  Any two of the bridge arms form a full-wave rectifier. |

EXHIBIT 11 TO PLAINTIFFS' COMPLAINT – '536 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 14: Equivalent circuit diagrams of the full-wave rectifier formed by different bridge arms

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products. Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.