# EXHIBIT 12

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| US Pat. No. 9,841,174 | MaxLite LED Tube L11.5T8DE440-CG4 |
|---|---|
| 18. A detection method for a light-emitting diode (LED) tube lamp for preventing a user from electric shock when the LED tube lamp is being installed on a lamp socket, the detection method comprising: | The MaxLite LED Tube L11.5T8DE440-CG4 performs a detection method for a light-emitting diode (LED) tube lamp for preventing a user from electric shock when the LED tube lamp is being installed on a lamp socket comprising the claimed elements as set forth below.<br><br>For example, Figure 1 shows a relamping test and current waveform thereof. MaxLite's LED tube 1 does not light up and there are plural pulses (pink line) generated during the relamping test.<br><br>Similarly, Figure 2 shows a circuit diagram of MaxLite's power circuit board and a circuit 1152-DIO8270 disposed thereon. "IC1" controls the operation of the circuit to perform the claimed detection method.<br><br>Figure 1: Relamping test scheme and current waveform of MaxLite's LED tube |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 2: Equivalent circuit diagram of the power circuit board and the circuit configured to perform the claimed detection method

| generating a pulse | The MaxLite LED Tube L11.5T8DE440-CG4 generates a pulse signal by a detection pulse generating module. |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| signal by a detection pulse generating module; | For example, in Figures 3 and 4, components 2_1 and 2_2 disposed inside IC1 are electrically connected to each other to form a detection pulse generating module (marked with "2") to generate a pulse signal (marked with "S1"). Component 2_1 includes R10, R14, R16, C10, D4 and Q1.<br><br>In IC1, there are two chips CP1 and CP2 in the package, and component 2_2 can be identified on CP1. 2_2 includes comparator MI28 having a positive input terminal connected to R10 and R14, C10 and D4 via PIN2 and EMI reducing circuit MI37, and having a negative input terminal connected to reference voltages VM and VM1 generated from a circuit in IC1.<br><br>Analyzing this circuit, comparator MI28 outputs pulse signal S1 at the output terminal based on the comparison result. CP1 transmits pulse signal S1 to PIN4 during the relamping test, as shown in Figure 5.<br><br> |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

Figure 3: Photo and equivalent circuit diagram of MaxLite's detection pulse generating module (part 2_1)

Figure 4: Photo and equivalent circuit diagram of MaxLite's detection pulse generating module (part 2_2)

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 5: Signal waveform of the pulse signal generated by the detection pulse generating module |
| receiving the pulse signal by a switch circuit coupled on a power loop of the LED tube lamp, | The MaxLite LED Tube L11.5T8DE440-CG4 receives the pulse signal by a switch circuit coupled on a power loop of the LED tube lamp, wherein the switch circuit is conducted during a pulse-on period of the pulse signal to cause the power loop to be conductive. |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| wherein the switch circuit is conducted during a pulse-on period of the pulse signal to cause the power loop to be conductive; | For instance, referencing Figures 2 and 6, CP2 is controlled by pulse signal S1 received from PIN4 will be turned on during pulse-on period of pulse signal S1 and turned off during pulse-off period of pulse signal, and thus CP2 is a switch circuit (hereinafter "switch circuit CP2"). <br><br> As a further example, in Figure 7, the current measured from the power loop and signal S1 on PIN4 are synchronized. CP2 is conducted during the pulse-on period of pulse signal S1 to cause the power loop to be conductive. <br><br>   <br><br> Figure 6: X-ray and OM Photos of MaxLite's switch circuit |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 7: Signal waveform of current on the power loop and pulse signal S1 |
| detecting a sampling signal on the power loop; | The MaxLite LED Tube L11.5T8DE440-CG4 detects a sampling signal on the power loop.<br><br>For example in Figure 8, a sampling signal ("S2") on the power loop is detected by 4_1 including R12, R13, R17, C9, D5 and D6 and is transmitted to PIN3 of IC1. |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 8: Photo and equivalent circuit diagram of MaxLite's detection determining circuit (part 4_1) |
| comparing the sampling signal with a predefined signal; and | The MaxLite LED Tube L11.5T8DE440-CG4 compares the sampling signal with a predefined signal.<br><br>For instance, referencing Figure 9, component 4_2 in CP1 includes comparator MI35 having a positive input terminal for receiving sampling signal S2 via PIN3, and having a negative input terminal connected to predefined signal VM generated from a bandgap circuit in IC1. Comparator MI35 compares sampling signal S2 with predefined signal VM. |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

|   |   |
|---|---|
|   |   <br> Figure 9: Photo and equivalent circuit diagram of MaxLite's detection determining circuit (part 4_2) |
| limiting a current on the power loop less than 5 MIU when a signal level of the sampling signal is smaller than the predefined signal. | The MaxLite LED Tube L11.5T8DE440-CG4 limits a current on the power loop less than 5 MIU when a signal level of the sampling signal is smaller than the predefined signal. <br><br> For instance, in Figure. 10, the pink line shows the current waveform of sampling signal S2. A current pulse (about 1A) of sampling signal S2 can be observed during the relamping test and a current pulse (exceeding 2A) of sampling signal S2 can be observed when the 500 ohm resistor is bypassed. During the relamping test, CP1 |

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

controls, in response to S2, CP2 to be turned off and causes the current on the power loop to be limited to about 1.6 MIU as shown in Figure 11.

Figure 12 further determines the value of the predefined signal. Under different pulse amplitude of sampling signal S2, the LED tube lights up when the pulse amplitude of sampling signal S2 exceeds 2A.



Figure 10: Current waveform of sampling signal S2

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 11: Current measurement result of MaxLite's LED tube during the relamping test

EXHIBIT 12 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 18 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 12: Current waveform of sampling signal S2

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products.   Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.