# EXHIBIT 13

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| US Pat. No. 9,841,174 | MaxLite LED Tube L11.5T8DE440-CG4 |
|---|---|
| 28. A light-emitting diode (LED) tube lamp, comprising: a lamp tube; two end caps, each having an external connection terminal, and each coupled to a respective end of the lamp tube, wherein the external connection terminals are configured to receive an external driving signal; | The MaxLite LED Tube L11.5T8DE440-CG4 is a light-emitting diode tube lamp comprising the claimed elements.   MaxLite LED Tube L11.5T8DE440-CG4 includes a lamp tube with two end caps, each having an external connection terminal, and each coupled to a respective end of the lamp tube, wherein the external connection terminals are configured to receive an external driving signal.<br><br>For example, Figure. 1 shows MaxLite's LED tube includes lamp tube (marked with "1") and two end caps (marked with "2a" and "2b") coupled to the respective ends of the lamp tube 1.   Each end cap has two pins for connecting the power line in a lamp socket and receiving an external driving signal ("AC_main").   The pins on the end caps are external connection terminals configured to receive the external driving signal (marked with "3"). |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

|  | Figure 1: Appearance of MaxLite's LED tube |
|---|---|
| an LED module, configured to emit light based on the external driving signal; and | The MaxLite LED Tube L11.5T8DE440-CG4 has an LED module, configured to emit light based on the external driving signal.<br><br>For instance, in Figure 2, LED chips disposed in the lamp tube are part of an LED module (marked generally "4"). The LED chips are driven by an external driving signal (marked with "S1") so that the LED chips are configured to emit light based on the external driving signal. |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 2: Photo of MaxLite's LED module |
| an installation detection module, coupled on a power loop of the LED tube lamp | The MaxLite LED Tube L11.5T8DE440-CG4 has an installation detection module, coupled on a power loop of the LED tube lamp.<br><br>For example, in Figure 3, circuit board 1152-DIO8270 is an installation detection module (marked with "9"). Installation detection module 9 is coupled to the filtering circuit, including via PAD1, and to the rectifying circuit, |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

|  | including via PAD2, in which the signal path between the rectifying circuit and the filtering circuit is part of power loop (marked with "PL1").  Figure 3: Photo and equivalent circuit diagram of MaxLite's installation detection module |
|---|---|
| and configured to generate a pulse signal for controlling a conduction state of the power loop | The MaxLite LED Tube L11.5T8DE440-CG4 has an installation detection module configured to generate a pulse signal for controlling a conduction state of the power loop. For example, in Figures 3 and 4, IC1 contains CP1 and CP2 in the package. When the LED tube receives the external driving signal, CP1 generates and transmits pulse signal S4 to CP2 via PIN4. |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | By further way of example, in Figure 5, the dark yellow line is the signal waveform observed on PIN4 showing that S4 generated by CP1 is a pulse signal. Referring to the right hand side of Figure 5 further shows the current on power loop PL1 is synchronized with pulse signal S4. S4 controls a conduction state of power loop PL1.   Figure 4: X-ray and OM Photos of MaxLite's installation detection module |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 5: Signal waveform of current on the power loop and pulse signal S4 |
| and detect a sampling signal on the power loop during a pulse-on time of the pulse signal, | The MaxLite LED Tube L11.5T8DE440-CG4 has an installation detection module configured to detect a sampling signal on the power loop during a pulse-on time of the pulse signal.<br><br>For instance, in Figure 6, during a relamping test, CP1 outputs pulse signal S4, turning on CP2, and causes sampling signal S2 to be conducted in power loop PL1. CP1 is configured to detect sampling signal S2 on power loop PL1 via PIN3 and compare the detected signal with a comparator integrated therein during the pulse-on time of pulse signal S4. |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 6: schematic diagram of Maxlite's installation detection module and sampling signal S2 thereof |
| wherein the installation detection module limits a current on the power loop to less than 5 MIU by setting the pulse-on time less than or equal to 1 millisecond. | The MaxLite LED Tube L11.5T8DE440-CG4's installation detection module limits a current on the power loop to less than 5 MIU by setting the pulse-on time less than or equal to 1 millisecond.<br><br>For example, in Figure 7, current measured from MaxLite's LED Tube is about 1.6 MIU, which is less than 5MIU. The pulse-on time is about 28.9 $\mu$s, which is less than 1 millisecond. |

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 7: Current measurement result of MaxLite's LED tube during the relamping test

09120−00001/10837963.1

EXHIBIT 13 TO PLAINTIFFS' COMPLAINT – '174 Patent, Exemplary Claim 28 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 8: pulse-on time of pulse signal S4

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products.    Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.

09120−00001/10837963.1