# EXHIBIT 15

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4

| U.S. Patent No. 9,723,662 | Maxlite_L25T5DF450-CG4 |
|---|---|
| 23. An LED lamp, comprising: a current limiting circuit electrically connected to a first terminal of the LED lamp for limiting a current from the first terminal; | The Maxlite_L25T5DF450-CG4 is an LED lamp comprising the claimed elements as set forth below. The Maxlite_L25T5DF450-CG4 includes a current limiting circuit electrically connected to a first terminal of the LED lamp for limiting a current from the first terminal.<br><br>For example, Figure 1 shows a current limiting circuit 1a and 1b connected to the first terminal FT. Current limiting circuit 1a limits the current received from first terminal FT. As depicted below, current limiting circuit 1b is also electrically connected to the first terminal FT and limits a current from the first terminal. |

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4

| | |
|---|---|
| |   Figure 1: Photo and equivalent circuit diagram of MaxLite's current limiting circuit |
| a first rectifier electrically connected to the current limiting circuit for rectifying the current from the current limiting circuit; | The Maxlite_L25T5DF450-CG4 has a first rectifier electrically connected to the current limiting circuit for rectifying the current from the current limiting circuit.  For example, in Figure 2, first rectifier BD1 (2a) is electrically connected to L1 and L2 (1a) to rectify current from 1a. |

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4

| | |
|---|---|
| | <br>Figure 2: Photo and equivalent circuit diagram of MaxLite's first rectifier |
| a filter electrically connected between the first rectifier and at least one LED of the LED lamp for smoothing the current from the first rectifier; | The Maxlite_L25T5DF450-CG4 has a filter electrically connected between the first rectifier and at least one LED of the LED lamp for smoothing the current from the first rectifier.<br><br>For example, in Figure 3, C3 is electrically connected to BD1 via D1 and Q1 and to LEDs (4) and acts filter (3) for smoothing the current from first rectifier 2a. |

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4

| | |
|---|---|
| and | <br>Figure 3: Photo and equivalent circuit diagram of MaxLite's filter |
| a filament-simulating circuit electrically connected to a first bi-pin terminal and a second bi-pin terminal of the LED lamp, each of the first and the | The Maxlite_L25T5DF450-CG4 has a filament-simulating circuit electrically connected to a first bi-pin terminal and a second bi-pin terminal of the LED lamp, each of the first and the second bi-pin terminals having a current flowing from one pin to the other pin of the respective bi-pin terminal via the filament-simulating circuit during a pre-heat process executed by a ballast.<br><br>For example, in Figure 4, R1 and C1 are electrically connected to L1 and L2 and BD1 and are part of filament-simulating circuit 5a. R2 and C2 are electrically connected to L3 and L4 and BD2 and are another part of the |

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4

| | |
|---|---|
| second bi-pin terminals having a current flowing from one pin to the other pin of the respective bi-pin terminal via the filament-simulating circuit during a pre-heat process executed by a ballast. | filament-simulating circuit 5b.  These two parts 5a and 5b form the filament-simulating circuit.  The filament-simulating circuit is marked 5a and 5b.   The two ends of Maxlite's LED lamp each having two pins correspond to first bi-pin terminal t1 and second bi-pin terminal t2, respectively.<br><br>Programmed rapid start ballast 6 (model number: HOWARD INDUSTRIES EP4/32PPRS/MV/SC/HE), as shown in Figure 5, is used for driving Maxlite's LED lamp, in which ballast 6 executes a pre-heat process and drives an LED lamp.  Figures 6 and 7 show the current waveform measured from different nodes when Maxlite's LED lamp is driven by ballast 6.<br><br>Referring to the left hand side of Figure 6, for example, blue line is the waveform of current Ia that flows through node Na which refers to the current flowing through one pin of first bi-pin terminal t1, and purple line is the waveform of current Ia1 that flows through node Na1 which refers to the current flowing to LEDs.  Referring to the waveform at the right hand side of Figure 6, blue line is the waveform of current Ib that flows through node Nb which refers to the current flowing through the other one pin of first bi-pin terminal t1, and purple line is the waveform of current Ib1 that flows through node Nb1 which refers to the current flowing to LEDs.<br><br>Figures 6 and 7 show, for example that the current flows from one pin to the other pin of bi-pin terminals t1 and t2 via filament-simulating circuits 5a and 5b during the pre-heat process executed by ballast 6. |

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4



Figure 4: Photo and equivalent circuit diagram of MaxLite's filament simulating circuit

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4



Figure 5: Ballast used for testing MaxLite's LED lamp

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4



Figure 6: Current waveform measured from nodes Na, Na1, Nb and Nb1

EXHIBIT 15 TO PLAINTIFFS' COMPLAINT – '662 Patent, Exemplary Claim 23 – Example Product, Maxlite_L25T5DF450-CG4



Figure 7: Current waveform measured from nodes Nc, Nc1, Nd and Nd1

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products. Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.

09120−00001/10846543. 1