# EXHIBIT 16

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| US Pat. No. 10,208,897 | MaxLite LED Tube L11.5T8DE440-CG4 |
|---|---|
| 31. A power supply module, for a dual-ended ballast bypass LED tube lamp, comprising: | The MaxLite LED Tube L11.5T8DE440-CG4 is a dual-ended ballast bypass LED tube lamp with a power supply module comprising the claimed elements, as set forth below. The MaxLite LED Tube L11.5T8DE440-CG4 includes a power supply module.<br><br>For example, Figure 1 shows that MaxLite's LED tube includes a circuit board disposed in one of the end caps with a power supply module (marked with "5"). Figure 2 shows a schematic circuit diagram of power supply module 5. In Figure 3, shows MaxLite's admission that the LED tube is operated in the ballast bypass configuration.<br><br>Figure 1: Photo of MaxLite's power supply module |

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 2: Equivalent circuit diagram of MaxLite's power supply module

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 3: Specification sheet of MaxLite's LED tube

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| a rectifying circuit, configured to receive an AC signal without the AC signal passing through a ballast, and to rectify the AC signal to produce a rectified signal; | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit, configured to receive an AC signal without the AC signal passing through a ballast, and to rectify the AC signal to produce a rectified signal.<br><br>For instance, in Figure 4, bridge rectifier BD and D4 and D5 disposed on the second side of power supply module 5 form a rectifying circuit (marked with "6"). The connecting node of D4 and D5 serves as an input of rectifying circuit 6 and couples to one of the pins. One of the inputs of bridge rectifier BD serves as another input of rectifying circuit 6 and couples to another one of the pins. Rectifying circuit 6 outputs a rectified signal (marked with "S2") at the output terminal.<br><br><br><br>Figure 4: Photo and equivalent circuit diagram of MaxLite's rectifying circuit |
| a filtering circuit, coupled to the rectifying | The MaxLite LED Tube L11.5T8DE440-CG4 has a filtering circuit, coupled to the rectifying circuit and configured to filter the rectified signal to produce a filtered signal. |

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| circuit and configured to filter the rectified signal to produce a filtered signal; | For instance, in Figure 5, C1 and C2 and L1 are marked with "7." The connecting node of C1 and L1 couples to the output terminal of rectifying circuit 6 to receive rectified signal S2. Filtering circuit 7 filters rectified signal S2 to produce a filtered signal (marked with "S3").<br><br><br><br>Figure 5: Photo and equivalent circuit diagram of MaxLite's filtering circuit |
| a driving circuit, coupled to the filtering circuit and configured to perform power conversion on the filtered signal and produce a driving signal; and | The MaxLite LED Tube L11.5T8DE440-CG4 has a driving circuit, coupled to the filtering circuit and configured to perform power conversion on the filtered signal and produce a driving signal.<br><br>For instance, referring to Figure 6, components associated with U1 form a driving circuit (marked with "8"). U1 is a PWM controller enabled by filtered signal S3. U1 performs a power conversion of filtered signal S3 and produces driving signal S1 at the output of the power supply module 5. |

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 6: Photo and equivalent circuit diagram of MaxLite's driving circuit |
| an installation detection module, configured to determine whether to limit a current on a current path of the power supply module to less than a predefined value according to an installation detection result, | The MaxLite LED Tube L11.5T8DE440-CG4 has an installation detection module, configured to determine whether to limit a current on a current path of the power supply module to less than a predefined value according to an installation detection result.<br><br>For example, circuit board 1152-DIO8270 is as an installation detection module (marked with "9").   In Figure 8 shows further testing showing installation detection module 9 limits a current on a current path of the power supply module to less than a predefined value according to an installation detection result. When installation detection module 9 works, the LED tube does not light up during a relamping test and the current on the power loop has been limited to less than 5 MIU, as shown in Figure 9.   When installation detection module 9 is bypassed, the LED tube lights up. |

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 7: Photo of MaxLite's installation detection module

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 8: Testing the function of the installation detection module

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 9: Test result of MaxLite's LED tube |
| wherein the installation detection module causes a current to be conducted in a | The MaxLite LED Tube L11.5T8DE440-CG4's installation detection module causes a current to be conducted in a detection path for detecting whether a risk of electric shock exists and generates the installation detection result.<br><br>For example, referring to Figures 7, 10 and 11, IC1 is disposed on the first side of installation detection module 9, |

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| detection path for detecting whether a risk of electric shock exists and generates the installation detection result. | with CP1 and CP2 in the package. CP1 operate as a controller for controlling CP2. The current path passing through PIN5/6, CP2 and PIN7 is a detection path (marked with "P1"), in which the conduction state of detection path P1 is controlled by chip CP2.<br><br>Referring further to Figures 12 and 13 by way of example, the pink line shows the current waveform measured from detection path P1 and the blue line shows the voltage waveform of control signal S4. During a relamping test, CP1 outputs S4 with pulse waveform for temporarily turning on CP2 and causes pulse current I1 (about 1A) to be conducted in detection path P1. Pulse current I1 is detected by CP1 via PIN3 and compared with a specific current value by CP1. The comparator generates an installation detection result indicating the LED tube operates in a fault installation state. CP1 generates S4 based on the installation detection result, and causes the LED tube to not light up as observed. When the LED tube 500 ohm resistor is removed (or bypassed), pulse current I1 (exceeding 2A) is detected by the comparator. Comparator generates an installation detection result indicating the LED tube operates in a correct installation state. CP1 generates S4 based on the installation detection result, and causes the LED tube light up normally. |

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 10: X-ray and OM Photos of MaxLite's installation detection module

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 11: schematic diagram of detection path P1

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 12: current waveform of I1

EXHIBIT 16 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 31 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 13: current waveform of I1 and voltage waveform of control signal S4

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products.   Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.