# EXHIBIT 17

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| US Pat. No. 10,208,897 | MaxLite LED Tube L11.5T8DE440-CG4 |
|---|---|
| 1. A ballast bypass LED tube lamp adapted to install on a lamp socket, comprising: a lamp tube; two end caps, each having a first external connection terminal, and each coupled to a respective end of the lamp tube, the first external connection terminals of the two end caps for receiving an AC signal without the AC signal passing through a ballast on the lamp socket; | The MaxLite LED Tube L11.5T8DE440-CG4 is a ballast bypass LED tube lamp adapted to install on a lamp socket comprising the claimed elements, as set forth below.   The MaxLite LED Tube L11.5T8DE440-CG4 has a lamp tube, two end caps, each having a first external connection terminal, and each coupled to a respective end of the lamp tube, the first external connection terminals of the two end caps for receiving an AC signal without the AC signal passing through a ballast on the lamp socket.<br><br>For example, Figure 1 shows MaxLite's LED tube includes lamp tube (marked with "1") and two end caps (marked with "2a" and "2b") connected to the respective end of the lamp tube 1.   Each end cap has two pins for connecting the power line in a lamp socket and receiving an AC signal.   The first external connection terminals are marked with "3" and coupled to a respective end of the lamp tube receive an AC signal without the AC signal passing through a ballast on the lamp socket.<br><br>Additionally, as shown in Figure 2, MaxLite has admitted the LED tube is operated in the ballast bypass configuration. |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 1: Appearance of MaxLite's LED tube

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 2: Specification sheet of MaxLite's LED tube |

09120−00001/10846565. 1

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| an LED module, disposed in a power loop formed between the first external connection terminals and configured to be driven based on a driving signal for emitting light; and | The MaxLite LED Tube L11.5T8DE440-CG4 has an LED module, disposed in a power loop formed between the first external connection terminals and configured to be driven based on a driving signal for emitting light.<br><br>For example, Figures 3 and 4 show an LED module ("4"). LED module 4 disposed in a power loop between the first external connection terminals and receives a driving signal ("S1") via a power loop ("PL1") when the LED tube lights up. The power supply module receives the AC signal from the pins on both end caps 2a and 2b, the power loop PL1, the first external connection terminals 3. In addition, when the LED tube lights up, driving signal S1 generated from the power supply module can be observed as shown in Figure 4.<br><br><br><br>Figure 3: Photo of MaxLite's LED module |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 4: Signal waveform of the driving signal for driving the LED module |
| a power supply module, coupled to the first external connection terminals and the LED module and configured to drive the LED module by converting a received signal into the driving signal, wherein the power supply module comprises: | The MaxLite LED Tube L11.5T8DE440-CG4 has a power supply module, coupled to the first external connection terminals and the LED module and configured to drive the LED module by converting a received signal into the driving signal, wherein the power supply module comprises the claimed elements.<br><br>For instance, Figure 5 shows a power supply module (marked with "5"). One of the input terminals of power supply module 5 connects to the first external connection terminal 3 on end cap 2a, and another one of the input terminals of power supply module 5 connects to the first external connection terminal 3 on the opposite end cap 2b.<br><br>Additionally, by way of further example, as shown in Figure 6, the power supply module 5 converts a received signal into the driving signal (received AC signal into a DC signal). |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 5: Photo of MaxLite's power supply module

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 6: Equivalent circuit diagram of MaxLite's power supply module

| | |
|---|---|
| a rectifying circuit, coupled to the first external connection terminals of the end caps, for rectifying the received signal to produce a rectified signal; | The MaxLite LED Tube L11.5T8DE440-CG4 has a rectifying circuit, coupled to the first external connection terminals of the end caps, for rectifying the received signal to produce a rectified signal.<br><br>For instance, in Figure 7, the rectifying circuit BD and D4 and D5 is marked with "6."  The connecting node of D4 and D5 serves as an input of rectifying circuit 6 and couples to one of the external connection terminals 3.  One of the inputs of BD serves as another input of rectifying circuit 6 and couples to another one of the external connection terminals.  Rectifying circuit 6 receives the signal and produces a rectified signal (marked with "S2") |

Case 2:19-cv-04047 Document 1-17 Filed 05/08/19 Page 9 of 19 Page ID #:503

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | at the output terminal.  Figure 7: Photo and equivalent circuit diagram of MaxLite's rectifying circuit |
| a filtering circuit, coupled to the rectifying circuit, for filtering the rectified signal to produce a filtered signal; | The MaxLite LED Tube L11.5T8DE440-CG4 has a filtering circuit, coupled to the rectifying circuit, for filtering the rectified signal to produce a filtered signal.<br><br>For instance, in Figure 8, C1 and C2 and L1 form a filtering circuit (marked with "7"). The connecting node of C1 and L1 couples to the output terminal of rectifying circuit 6 to receive rectified signal S2. Filtering circuit 7 filters rectified signal S2 to produce a filtered signal (marked with "S3"). |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 8: Photo and equivalent circuit diagram of MaxLite's filtering circuit

| | |
|---|---|
| a driving circuit, coupled to the filtering circuit, for performing power conversion to the filtered signal and producing the driving signal; and | The MaxLite LED Tube L11.5T8DE440-CG4 has a driving circuit, coupled to the filtering circuit, for performing power conversion to the filtered signal and producing the driving signal.<br><br>For example, in Figure 9, the driving circuit is marked with "8".   U2 is a PWM controller enabled by filtered signal S3.   U2 performs a power conversion to filtered signal S3 and produces driving signal S1 at the output of the power supply module 5. |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 9: Photo and equivalent circuit diagram of MaxLite's driving circuit

| | |
|---|---|
| an installation detection module, configured to determine whether to limit a current on the power loop to less than a predefined value according to an installation detection result, | The MaxLite LED Tube L11.5T8DE440-CG4 has an installation detection module, configured to determine whether to limit a current on the power loop to less than a predefined value according to an installation detection result.<br><br>Referring to Figure 10, for example, circuit board 1152-DIO8270 is an installation detection module ("9"). Figures 11 and 12 additionally shows testing showing detection module 9 limits a current on the power loop to less than a predefined value according to an installation detection result. When installation detection module 9 works, the LED tube does not light up during a relamping test (i.e., connecting an external 500 ohm resistor to the LED tube) and the current on the power loop is limited to less than 5 MIU (a predefined value), as shown Figure 12. This result means the incorrect installation state has been correctly detected. When installation detection module 9 is bypassed, the LED tube lights up under the relamping test. Installation detection module 9 determines whether to limit a current on the power loop to less than a predefined value according to an installation detection |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | result.<br><br>Figure 10: Photo of MaxLite's installation detection module |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 11: Testing the function of the installation detection module

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| | <br>Figure 12: Test result of MaxLite's LED tube |
| wherein the installation detection module causes a current to be conducted in a | The MaxLite LED Tube L11.5T8DE440-CG4's installation detection module causes a current to be conducted in a detection path for detecting an installation state between the LED tube lamp and the lamp socket and generates the installation detection result. |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4

| | |
|---|---|
| detection path for detecting an installation state between the LED tube lamp and the lamp socket and generates the installation detection result. | Referring to Figures 10, 13 and 14, for example, IC1 on installation detection module 9 has CP1 and CP2 in the package. CP1 operates as a controller for controlling the switch state of chip CP2. Installation detection module 9, including CP2, causes a current to be conducted in the detection path (marked with "P1") for detecting an installation state between the LED tube lamp and the lamp socket and generates an installation detection result.<br><br>Additionally, referring to Figures 15 and 16, the pink line shows the current waveform measured from detection path P1 and the blue line shows the voltage waveform of control signal S4. During the relamping test, CP1 outputs control signal S4 with pulse waveform for turning on CP2 and causes I1 (about 1A) to be conducted in detection path P1. I1 is detected by CP1 via PIN3 and be compared with a specific current value by CP1, and thus the comparator generates an installation detection result indicating the LED tube is in a fault installation state. CP1 generates control signal S4 based on the installation detection result, and causes the LED tube to not light up as observed during the relamping test. When the LED tube 500 ohm resistor is removed (or bypassed), I1 (exceeding 2A) is detected by the comparator. The comparator generates an installation detection result indicating the LED tube operates in a correct installation state. CP1 generates control signal S4 based on the installation detection result, and causes the LED tube light up. |

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 13: X-ray and OM Photos of MaxLite's installation detection module

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 14: schematic diagram of detection path P1

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 15: current waveform of I1

EXHIBIT 17 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L11.5T8DE440-CG4



Figure 16: current waveform of I1 and voltage waveform of control signal S4

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products.   Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.