# EXHIBIT 18

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| US Pat. No. 10,208,897 | MaxLite LED Tube L12T8AB440-CG |
|---|---|
| 1. A ballast bypass LED tube lamp adapted to install on a lamp socket, comprising: a lamp tube; two end caps, each having a first external connection terminal, and each coupled to a respective end of the lamp tube, the first external connection terminals of the two end caps for receiving an AC signal without the AC signal passing through a ballast on the lamp socket; | The MaxLite LED Tube L12T8AB440-CG is a ballast compatible and ballast bypass LED tube lamp (Type A + Type B) adapted to install on a lamp socket comprising the claimed elements, as set forth below.  The MaxLite LED Tube L12T8AB440-CG has a lamp tube, two end caps, each having a first external connection terminal, and each coupled to a respective end of the lamp tube, the first external connection terminals of the two end caps for receiving an AC signal without the AC signal passing through a ballast on the lamp socket.<br><br>For example, Figure 1 shows MaxLite's LED tube includes lamp tube (marked with "1") and two end caps (marked with "2a" and "2b") connected to the respective end of the lamp tube 1.  Each end cap has two pins for connecting the power line in a lamp socket and receiving an AC signal.  The first external connection terminals are marked with "3" and coupled to a respective end of the lamp tube to receive an AC signal without the AC signal passing through a ballast on the lamp socket.<br><br>Additionally, as shown in Figure 2, MaxLite has admitted the LED tube has a ballast bypass mode which is operated in the ballast bypass configuration. |

09120−00001/10849093. 1

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 1: Appearance of MaxLite's LED tube

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| | Figure 2: Specification sheet of MaxLite's LED tube |
| an LED module, disposed in a power loop formed between the first | The MaxLite LED Tube L12T8AB440-CG has an LED module, disposed in a power loop formed between the first external connection terminals and configured to be driven based on a driving signal for emitting light. |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| external connection terminals and configured to be driven based on a driving signal for emitting light; and | For example, Figures 3 show an LED module ("4"). LED module 4 disposed in a power loop ("PL1") between the first external connection terminals and receives a driving signal ("S1") via a power loop PL1)when the LED tube lights up. The power supply module receives the AC signal from the pins on both end caps 2a and 2b, the power loop PL1, the first external connection terminals 3. In addition, when the LED tube lights up, driving signal S1 generated from the power supply module is transmitted to LED module 4 and drives LED module 4 for emitting light.<br><br><br><br>Figure 3: Photo of MaxLite's LED module |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| | <br>Figure 4: Power supply module for driving the LED module base on a driving signal |
| a power supply module, coupled to the first external connection terminals and the LED module and configured to drive the LED module by converting a received signal into the driving signal, wherein the power supply module comprises: | The MaxLite LED Tube L12T8AB440-CG has a power supply module, coupled to the first external connection terminals and the LED module and configured to drive the LED module by converting a received signal into the driving signal, wherein the power supply module comprises the claimed elements.<br><br>For instance, Figure 5 shows a power supply module (marked with "5"). One of the input terminals of power supply module 5 connects to the first external connection terminal 3 on end cap 2a, and another one of the input terminals of power supply module 5 connects to the first external connection terminal 3 on the opposite end cap 2b.<br><br>Additionally, by way of further example, as shown in Figure 6, the power supply module 5 converts a received signal into the driving signal (received AC signal into a DC signal). |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 5: Photo of MaxLite's power supply module

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 6: Equivalent circuit diagram of MaxLite's power supply module

| | |
|---|---|
| a rectifying circuit, coupled to the first external connection terminals of the end caps, for rectifying the received signal to produce a | The MaxLite LED Tube L12T8AB440-CG has a rectifying circuit, coupled to the first external connection terminals of the end caps, for rectifying the received signal to produce a rectified signal.<br><br>For instance, in Figure 7, the rectifying circuits DB1 and DB2 are marked with "6."  One of the inputs of DB1 serves as one input of rectifying circuit 6 and couples to one of the external connection terminals.  One of the inputs of DB2 serves as another one input of rectifying circuit 6 and couples to another one of the external |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| rectified signal; | connection terminals.  Rectifying circuit 6 receives the signal and produces a rectified signal (marked with "S2") at the output terminal.<br><br><br><br>Figure 7: Photo and equivalent circuit diagram of MaxLite's rectifying circuit |
| a filtering circuit, coupled to the rectifying circuit, for filtering the rectified signal to produce a filtered signal; | The MaxLite LED Tube L12T8AB440-CG has a filtering circuit, coupled to the rectifying circuit, for filtering the rectified signal to produce a filtered signal.<br><br>For instance, in Figure 8, C1 and C2 and L1 and L2 form a filtering circuit (marked with "7").  The connecting node of C1 and L1 couples to the output terminal of rectifying circuit 6 to receive rectified signal S2.  Filtering circuit 7 filters rectified signal S2 to produce a filtered signal (marked with "S3"). |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| |   Figure 8: Photo and equivalent circuit diagram of MaxLite's filtering circuit |
| a driving circuit, coupled to the filtering circuit, for performing power conversion to the filtered signal and producing the driving signal; and | The MaxLite LED Tube L12T8AB440-CG has a driving circuit, coupled to the filtering circuit, for performing power conversion to the filtered signal and producing the driving signal.  For example, in Figure 9, the driving circuit is marked with "8".   U2 is a PWM controller enabled by filtered signal S3.   U2 performs a power conversion to filtered signal S3 and produces driving signal S1 at the output of the power supply module 5. |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 9: Photo and equivalent circuit diagram of MaxLite's driving circuit

| | |
|---|---|
| an installation detection module, configured to determine whether to limit a current on the power loop to less than a predefined value according to an installation detection result, | The MaxLite LED Tube L12T8AB440-CG has an installation detection module, configured to determine whether to limit a current on the power loop to less than a predefined value according to an installation detection result.<br><br>Referring to Figure 10, for example, circuit board 1152-DIO8270 is an installation detection module ("9"). Figures 11 additionally shows testing showing detection module 9 limits a current on the power loop to less than a predefined value according to an installation detection result. When installation detection module 9 works, the LED tube does not light up during a relamping test (i.e., connecting an external 500 ohm resistor to the LED tube) and the current on the power loop is limited to less than 5 MIU (a predefined value).   This result means the incorrect installation state has been correctly detected.   When installation detection module 9 is bypassed, the LED tube lights up under the relamping test.   Installation detection module 9 determines whether to limit a current on the |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

power loop to less than a predefined value according to an installation detection result.



Figure 10: Photo of MaxLite's installation detection module

Figure 11: Testing the function of the installation detection module

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| | |
| wherein the installation detection module causes a current to be conducted in a detection path for detecting an installation state between the LED tube lamp and the lamp socket and generates the installation detection result. | The MaxLite LED Tube L12T8AB440-CG's installation detection module causes a current to be conducted in a detection path for detecting an installation state between the LED tube lamp and the lamp socket and generates the installation detection result.<br><br>Referring to Figures 10, 12 and 13, for example, IC1 on installation detection module 9 has CP1 and CP2 in the package.  CP1 operates as a controller for controlling the switch state of chip CP2. Installation detection module 9, including CP2, causes a current to be conducted in the detection path (marked with "P1") for detecting an installation state between the LED tube lamp and the lamp socket and generates an installation detection result.<br><br>Additionally, during the relamping test, CP1 outputs control signal S4 with pulse waveform for turning on CP2 and causes I1 (about 1A) to be conducted in detection path P1.  I1 is detected by CP1 via PIN3 and be compared with a specific current value by CP1, and thus the comparator generates an installation detection result indicating the LED tube is in a fault installation state.  CP1 generates control signal S4 based on the installation detection result, and causes the LED tube to not light up as observed during the relamping test.  When the LED tube 500 ohm resistor is removed (or bypassed), I1 (exceeding 2A) is detected by the comparator.  The comparator generates an installation detection result indicating the LED tube operates in a correct installation state.  CP1 generates control signal S4 based on the installation detection result, and causes the LED tube light up. |

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 12: X-ray and OM Photos of MaxLite's installation detection module

EXHIBIT 18 TO PLAINTIFFS' COMPLAINT – '897 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 13: schematic diagram of detection path P1

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products. Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.