# EXHIBIT 19

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| U.S. Patent No. 9,807,826 | MaxLite LED Tube L12T8AB440-CG |
|---|---|
| 1. An LED tube lamp, comprising: a first rectifying circuit, coupled to a first pin and a second pin and configured to rectify an external driving signal transmitted from the first pin and/or the second pin; a second rectifying circuit coupled to a third pin and a fourth pin and configured to rectify the external driving signal with the first rectifying circuit; | The MaxLite LED Tube L12T8AB440-CG is an LED tube lamp comprising the claimed elements as set forth below. The MaxLite LED Tube L12T8AB440-CG includes a first rectifying circuit, coupled to a first pin and a second pin and configured to rectify an external driving signal transmitted from the first pin and/or the second pin; a second rectifying circuit coupled to a third pin and a fourth pin and configured to rectify the external driving signal with the first rectifying circuit;<br><br>For example, as shown in Figures 1 and 2, the LED tube lamp has a first and second rectifying circuit coupled to first and second pins and third and fourth pins, respectively. As depicted in Figure 2, the end of the target LED tube lamp has two pins connected to rectifier DB1, and the other end of the target LED tube lamp has two pins connected to rectifier DB2. The first rectifying circuit is configured to rectify an electrical signal from/to a ballast or AC main. As further shown, the second rectifying circuit is configured to rectify the external driving signal with the first rectifying circuit.<br><br> |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 1: Appearance of MaxLite's LED tube

Figure 2: Photo and equivalent circuit diagram of MaxLite's first and second rectifying circuit

| | |
|---|---|
| a filter circuit, coupled to the first rectifying circuit and configured to filter the rectified signal; | The MaxLite LED Tube L12T8AB440-CG includes a filter circuit coupled to the first rectifying circuit and configured to filter the rectified signal.<br><br>For example, as shown in Figure 3, a filter circuit is coupled to the first rectifying circuit and configured to filter the rectified signal. |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| | Figure 3: Photo and equivalent circuit diagram of MaxLite's filter circuit |
| an LED lighting module, having a driving circuit and an LED module, and coupled to the filter circuit | The MaxLite LED Tube L12T8AB440-CG includes an LED lighting module, having a driving circuit and an LED module, and coupled to the filter circuit and connected to receive the filtered signal. |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| and connected to receive the filtered signal; | For example, Figure 4 shows the driving circuit and LED module, which are coupled to the filter circuit and connected to receive the filtered signal.<br><br><br><br>Figure 4: Photo and equivalent circuit diagram of MaxLite's LED lighting module |
| a mode determination circuit, configured to generate a first determined result signal based on the | The MaxLite LED Tube L12T8AB440-CG includes a mode determination circuit, configured to generate a first determined result signal based on the external driving signal.<br><br>For example, in Figure 5, elements R15 and C9, along with D7, D10, C10, and Z1 designate elements of the mode |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| external driving signal; and | determination circuit configured to generate a first determined result signal based on the external driving signal. For instance, the signal level of the signal applied to Q2 depends on the frequency of the signal received by C9.<br><br>Figure 5: Photo and equivalent circuit diagram of MaxLite's mode determination circuit |
| a mode switching circuit, coupled to the filter circuit and the driving circuit, configured to determine | The MaxLite LED Tube L12T8AB440-CG includes a mode switching circuit, coupled to the filter circuit and the driving circuit, configured to determine whether to perform a first driving mode or a second driving mode based on the first determined result signal.<br>For instance, Figure 6, shows Q2 marked as the mode switching circuit.   The Q2 is connected to L1 through R8 |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| whether to perform a first driving mode or a second driving mode based on the first determined result signal, | and R9, and further to T1 of the driving circuit.<br><br>The turned-off state and turned-on state of Q2 can correspond to a first driving mode and a second driving mode. In addition, the turned-off/turned-on state Q2 can be controlled by, for instance, gate voltage $V_{GS}$.<br><br>Figure 6: Photo and equivalent circuit diagram of MaxLite's mode switching circuit |
| wherein the driving circuit | The MaxLite LED Tube L12T8AB440-CG includes a driving circuit configured to receive a filtered signal from |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG

| | |
|---|---|
| is configured to receive a filtered signal from the filtering circuit and drive the LED module to emit light when performing the first driving mode, and | the filtering circuit and drive the LED module to emit light when performing the first driving mode.<br><br>For instance, as depicted below, an AC main and a programmed rapid start ballast (model number: HOWARD INDUSTRIES EP4/32PPRS/MV/SC/HE) was used to test the MaxLite LED Tube L12T8AB440-CG and observe the signal waveform to confirm circuit operation during the different driving modes.<br><br>For example, in Figure 7, when AC main is applied to drive the MaxLite LED Tube L12T8AB440-CG, the mode determination circuit generates gate voltage $V_{GS}$ with substantially zero volt in response to the received low frequency signal.   Q2 is turned off in response to gate voltage $V_{GS}$, so that drain voltage $V_{DS}$ of Q2 varies.   By turning off Q2, the driving voltage generated from the filtered signal is supplied to U2 of the driving circuit, so that the driving circuit can be enabled by the driving voltage and drive the LED module. |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 7: Signal waveform measured from different terminals of transistor Q2 (first driving mode)

| | |
|---|---|
| the filtered signal bypasses at least a component of the driving circuit to drive the LED module to emit light | In the MaxLite LED Tube L12T8AB440-CG, the filtered signal bypasses at least a component of the driving circuit to drive the LED module to emit light when performing the second driving mode.<br><br>For instance, in Figure 8, when the ballast is applied to drive the MaxLite LED Tube L12T8AB440-CG, the mode |

| | |
|---|---|
| when performing the second driving mode. | determination circuit generates gate voltage $V_{GS}$ with a level (about 15.31 volt) in response to the received frequency signal. Q2 is turned on in response to gate voltage $V_{GS}$ since drain voltage $V_{DS}$ of NMOS transistor Q2 equals to 0.<br><br>Referencing Figure 9, turning on Q2 makes node A electrically connect to the ground terminal via Q2 and thus the electronic components of the driving circuit within the yellow region are bypassed.<br><br><br>Figure 8: Signal waveform measured from different terminals of transistor Q2 (second driving mode) |

EXHIBIT 19 TO PLAINTIFFS' COMPLAINT – '826 Patent, Exemplary Claim 1 – Example Product, MaxLite LED Tube L12T8AB440-CG



Figure 9: Equivalent circuit diagram when perform the second driving mode

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products. Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.