# EXHIBIT 20

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| U.S. Pat. No. 9,897,265 | Maxlite_U15.5T8SE240 |
|---|---|
| 1. An LED tube lamp, comprising:<br><br>a lamp tube, which includes a light transmissive portion, a reinforcing portion and an end cap; | The Maxlite_U15.5T8SE240 is an LED tube lamp comprising the claimed elements, as set forth below. The Maxlite_U15.5T8SE240 has a light transmissive portion, a reinforcing portion and an end cap.<br><br>See Figs. 1 and 2, Maxlite's LED Tube is a LED tube lamp, which comprises a transmissive portion, a light board (including the reinforcing portion), and two end caps. |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240



Fig. 1

Fig. 2

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| an LED module, which includes an LED light source and an LED light strip; and | The Maxlite_U15.5T8SE240 has an LED module, which includes an LED light source and an LED light strip.<br><br>For example, in Figure 3, an LED module is included in the LED tube lamp, which comprises an LED light source and LED light strip.<br><br>*[Image: Figure 3 showing LEDs on a light strip with annotations "LED light source", "LED module", and "LED light strip"]*<br><br>Fig. 3 |
| a power supply module, which includes a set of N electronic components operably interconnected to drive the LED light source, wherein: | The Maxlite_U15.5T8SE240 has a power supply module, which includes a set of N electronic components operably interconnected to drive the LED light source.<br><br>For example, in Figures 4-1 and 4-2, a power supply module is included in the LED tube lamp, which comprises N electronics component operably interconnected to drive the LED chips (as the LED light source) on the light board. |

Case 2:19-cv-04047   Document 1-20   Filed 05/08/19   Page 5 of 20   Page ID #:544

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| | **End cap**     **Power supply module**<br><br>Fig. 4-1            Fig. 4-2 |
| the light transmissive portion is fixedly connected to the reinforcing portion; | In the Maxlite_U15.5T8SE240, the light transmissive portion is fixedly connected to the reinforcing portion.<br><br>For example, in Figure 2, the light transmissive portion of the lamp tube is fixedly connected to the light board (as the reinforcing portion) in the LED tube lamp: |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240



Fig. 2

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| the reinforcing portion includes a platform and a bracing structure; <br><br> the bracing structure is fixedly connected to the platform and holds the platform in place; | In the Maxlite_U15.5T8SE240, the reinforcing portion includes a platform and a bracing structure and the bracing structure is fixedly connected to the platform and holds the platform in place. <br><br> For example, in Figure 5, the SEM picture of LED light strip and reinforcing portion shows that the reinforcing portion comprises a bracing structure and a platform and the bracing structure is fixedly connected to the platform and holds the platform in place. The LED light strip is disposed on the platform. |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240



Fig.5

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| the LED light source is thermally and electrically connected to the LED light strip, which is in turn thermally connected to the reinforcing portion; | In the Maxlite_U15.5T8SE240, the LED light source is thermally and electrically connected to the LED light strip, which is in turn thermally connected to the reinforcing portion.<br><br>For example, in Figures 3 and 5, the LED light source is thermally and electrically connected to the LED light strip, which is in turn thermally connected to the reinforcing portion: |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240



Fig. 3

Fig.5

Case 2:19-cv-04047   Document 1-20   Filed 05/08/19   Page 11 of 20   Page ID #:550

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| the end cap is attached to an end of the lamp tube; | The Maxlite_U15.5T8SE240 has an end cap attached to an end of the lamp tube.<br><br>For example, Figure 1 shows the two end caps are respectively attached to two ends of the lamp tube.<br><br><br><br>Fig. 1 |
| the set of N electronic components consists of a first subset of X electronic components, a second subset of Y electronic components and a third subset of Z components, where N is equal to X+Y+Z; the first subset of X electronic | The Maxlite_U15.5T8SE240 has a set of N electronic components consisting of a first subset of X electronic components, a second subset of Y electronic components and a third subset of Z components, where N is equal to X+Y+Z; the first subset of X electronic components is disposed on the LED light strip;  the second subset of Y electronic components is disposed on the reinforcing portion; and the third subset of Z electronic components is disposed on the end cap; and either X≠0 and Y≠0, or Z≠0, or exactly one of X, Y and Z is equal to 0.<br><br>For example, Figures. 4-1, 4-2 and 4-3 show the electronic components are disposed in the end cap, and<br>1.  X+Y+Z=N, and<br>2.  the third subset of Z electronic components does not equal to zero (Z≠0) |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| components is disposed on the LED light strip;<br><br>    the second subset of Y electronic components is disposed on the reinforcing portion;<br><br>    the third subset of Z electronic components is disposed on the end cap; and<br><br>    either X≠0 and Y≠0, or Z≠0, or exactly one of X, Y and Z is equal to 0. | <br>Fig. 4-3      Fig. 4-1      Fig. 4-2 |
| 2. The LED tube lamp of claim 1, wherein exactly one of X, Y and Z is equal to N and the power supply module is spaced as far apart as possible | *See* Claim 1.    In the Maxlite_U15.5T8SE240, exactly one of X, Y and Z is equal to N and the power supply module is spaced as far apart as possible from the LED light.<br><br>For example, in Figures 4-1, 4-2 and 4-3, all of the electronic components are disposed in an end cap and Z=N. |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| from the LED light source. | The power supply module is positioned at the end of the lamp tube which is spaced as far apart as possible from the LED light source.<br><br>**End cap**   **Power supply module (N electronic components)**<br><br>Fig. 4-3      Fig. 4-1      Fig. 4-2 |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| 15. An LED tube lamp, comprising: a lamp tube, having a light strip disposed inside the lamp tube, a LED module disposed on the light strip, and the LED module comprising at least one LED light source, | The Maxlite_U15.5T8SE240 is an LED tube lamp, comprising the claimed elements as set forth below. The Maxlite_U15.5T8SE240 has a lamp tube, having a light strip disposed inside the lamp tube, a LED module disposed on the light strip, and the LED module comprising at least one LED light source.<br><br>For example, Figures 1 and 6 show Maxlite's LED tube lamp comprises a lamp tube. A light strip is disposed inside the lamp tube. An LED module comprises at least one LED light source disposed on the light strip. |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240



Fig. 1

Fig. 6

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| wherein the lamp tube comprises a light transmissive portion and a reinforcing portion, the reinforcing portion comprises a platform, and the light strip is disposed on the platform; | The Maxlite_U15.5T8SE240 has a lamp tube comprising a light transmissive portion and a reinforcing portion, the reinforcing portion comprises a platform, and the light strip is disposed on the platform.<br><br>For example, in Figures 3 and 5, the lamp tube comprises a light transmissive portion. The SEM picture of LED light strip and reinforcing portion shows that the reinforcing portion comprises a platform. An LED light strip is disposed on the platform. |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240



Fig.3

Fig.5

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| two end caps attached to two ends of the lamp tube respectively; and | The Maxlite_U15.5T8SE240 has two end caps attached to two ends of the lamp tube respectively<br><br>Figure 1 shows two end caps are respectively attached to two ends of the lamp tube.<br><br>**End cap** → ← **Lamp tube**<br><br>Fig. 1 |
| a power supply module configured to drive the LED light source for emitting light, wherein at least some electronic components of the power supply module are disposed in one of the two end caps or in both of the two end caps. | The Maxlite_U15.5T8SE240 has a power supply module configured to drive the LED light source for emitting light, wherein at least some electronic components of the power supply module are disposed in one of the two end caps or in both of the two end caps<br><br>For instance, Figures. 4-1 and 4-2 show a power supply module is provided to drive the LED light source. The power supply module has at least some electronic components disposed in one end cap or in both of the two end caps. |

09120−00001/10846557. 1

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| | <br>Fig. 4-1             Fig. 4-2 |
| 19. The LED tube lamp according to claim 15, wherein the electronic components comprise a rectifying circuit, a filtering circuit, and a LED driving module, wherein the LED module is disposed | *See* Claim 15. In the Maxlite_U15.5T8SE240, the electronic components comprise a rectifying circuit, a filtering circuit, and a LED driving module, wherein the LED module is disposed inside the LED driving module, and wherein the LED driving module is coupled to an output terminal of the filtering circuit and configured to drive the LED light source for emitting light.<br><br>For example, in Figure 7, the electronic components comprise a rectifying circuit, a filtering circuit, and a LED driving module. The LED module is disposed inside the LED driving module and the LED driving module is coupled to an output terminal of the filtering circuit and configured to drive the LED light source for emitting light. |

EXHIBIT 20 TO PLAINTIFFS' COMPLAINT – '265 Patent, Exemplary Claims 1, 2, 15, and 19 – Example Product, Maxlite_U15.5T8SE240

| | |
|---|---|
| inside the LED driving module, and wherein the LED driving module is coupled to an output terminal of the filtering circuit and configured to drive the LED light source for emitting light. |  |

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products.   Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.