# EXHIBIT 21

| US Pat. No. 9,897,265 | Maxlite_L11.5T8DE440-CG4 |
|---|---|
| 1. An LED tube lamp, comprising:<br><br>    a lamp tube, which includes a light transmissive portion, a reinforcing portion and an end cap; | The Maxlite_L11.5T8DE440-CG4 is an LED tube lamp comprising the claimed elements, including a transmissive portion, a reinforcing portion and an end cap.<br><br>**End cap**    **Lamp tube**<br><br>**Transmissive portion**<br><br>**Reinforcing portion** |

| | |
|---|---|
| an LED module, which includes an LED light source and an LED light strip; and | The Maxlite_L11.5T8DE440-CG4 has an LED module, which includes an LED light source and an LED light strip.<br><br>As an example, an LED module is in the LED tube lamp, the LED module comprises LED light source and an LED light strip (wiring layer). For example, in the figure below, the LED module comprises an LED light source and LED light strip. |
| a power supply module, which includes a set of N electronic components operably interconnected to drive the LED light source, wherein: | The Maxlite_L11.5T8DE440-CG4 has a power supply module, which includes a set of N electronic components operably interconnected to drive the LED light source.<br><br>As shown below by way of example, the power supply module is included in the LED tube lamp, which comprises N electronics component operably interconnected to drive the LED light source. |



| | |
|---|---|
| the light transmissive portion is fixedly connected to the reinforcing portion; | In the Maxlite_L11.5T8DE440-CG4, the light transmissive portion is fixedly connected to the reinforcing portion.<br><br>As shown below, for example, the light transmissive portion of the lamp tube is fixedly connected to the reinforcing portion: |

| | |
|---|---|
| the reinforcing portion includes a platform and a bracing structure;<br><br>the bracing structure is fixedly connected to the platform and holds the platform in place; | In the Maxlite_L11.5T8DE440-CG4, the reinforcing portion includes a platform and a bracing structure and the bracing structure is fixedly connected to the platform and holds the platform in place.<br><br>By way of example, as shown below, the SEM picture of LED light strip below shows that the reinforcing portion comprises a bracing structure and a platform and the bracing structure is fixedly connected to the platform and holds the platform in place. The LED light strip is disposed on the platform.<br><br> |
| the LED light source is thermally and electrically connected to the LED light strip, which is in turn thermally connected to the | In the Maxlite_L11.5T8DE440-CG4, the LED light source is thermally and electrically connected to the LED light strip, which is in turn thermally connected to the reinforcing portion.<br><br>For instance, as shown below, the LED light source is thermally and electrically connected to the LED light strip, which is in turn thermally connected to the reinforcing portion: |



| | |
|---|---|
| the set of N electronic components consists of a first subset of X electronic components, a second subset of Y electronic components and a third subset of Z components, where N is equal to X+Y+Z;<br><br>the first subset of X electronic components is disposed on the LED light strip;<br><br>the second subset of Y electronic components is disposed on the reinforcing portion;<br><br>the third subset of Z electronic components is disposed on the end cap; and<br><br>either X≠0 and Y≠0, or **Z≠0**, or exactly one of X, Y and Z is equal to 0. | The Maxlite_L11.5T8DE440-CG4 has a set of N electronic components consisting of a first subset of X electronic components, a second subset of Y electronic components and a third subset of Z components, where N is equal to X+Y+Z; the first subset of X electronic components is disposed on the LED light strip; the second subset of Y electronic components is disposed on the reinforcing portion; and the third subset of Z electronic components is disposed on the end cap; and either X≠0 and Y≠0, or Z≠0, or exactly one of X, Y and Z is equal to 0.<br><br>For example, the figures below show the electronic components are disposed in the end cap and:<br>1. X+Y+Z=N, and<br>2. the third subset of Z electronic components does not equal to zero (Z≠0)<br><br> |

| | |
|---|---|
| |  |
| 2. The LED tube lamp of claim 1, wherein exactly one of X, Y and Z is equal to N and the power supply module is spaced as far apart as possible from the LED light source. | *See* Claim 1. In the Maxlite_U15.5T8SE240, exactly one of X, Y and Z is equal to N and the power supply module is spaced as far apart as possible from the LED light source.<br><br>As shown below, for example, all of the electronic components are disposed in an end cap and Z=N.<br><br>Additionally, as shown below, the power supply module is positioned at the end of the lamp tube which is spaced as far apart as possible from the LED light source. |

| | |
|---|---|
| |  |
| 3. The LED tube lamp of claim 1, wherein exactly one of X, Y and Z is equal to N and the power supply module is located as close as possible to the end cap. | *See* Claim 1.   In the Maxlite_L11.5T8DE440-CG4, exactly one of X, Y and Z is equal to N and the power supply module is located as close as possible to the end cap.<br><br>As shown below, the electronic components are disposed in an end cap, and Z=N.<br><br>Additionally, as shown below, the power supply module is positioned at the end of the lamp tube which is located as close as possible to the end cap. |

| |  |
|---|---|
| 15. An LED tube lamp, comprising: a lamp tube, having a light strip disposed inside the lamp tube, a LED module disposed on the light strip, and the LED module comprising at least one LED light source, | The Maxlite_U15.5T8SE240 is an LED tube lamp, comprising the claimed elements as set forth below. The Maxlite_U15.5T8SE240 has a lamp tube, having a light strip disposed inside the lamp tube, a LED module disposed on the light strip, and the LED module comprising at least one LED light source.<br><br>As shown below, Maxlite's LED tube lamp comprises a lamp tube. A light strip is disposed inside the lamp tube. An LED module comprises at least one LED light source disposed on the light strip. |



| | |
|---|---|
| wherein the lamp tube comprises a light transmissive portion and a reinforcing portion, the reinforcing portion comprises a platform, and the light strip is disposed on the platform; | The Maxlite_L11.5T8DE440-CG4 has a lamp tube comprising a light transmissive portion and a reinforcing portion, the reinforcing portion comprises a platform, and the light strip is disposed on the platform.<br><br>For example, as shown in the figures below, the lamp tube comprises a light transmissive portion. The SEM picture of LED light strip and reinforcing portion shows that the reinforcing portion comprises a platform. An LED light strip is disposed on the platform. |



| | |
|---|---|
| two end caps attached to two ends of the lamp tube respectively; and | The Maxlite_L11.5T8DE440-CG4 has two end caps attached to two ends of the lamp tube respectively.<br><br>As shown below, an end cap is attached to two ends of the LED tube lamp. |

|  |  |
|---|---|
| a power supply module configured to drive the LED light source for emitting light, wherein at least some electronic components of the power supply module are disposed in one of the two end caps or in both of the two end caps. | The Maxlite_L11.5T8DE440-CG4 has a power supply module configured to drive the LED light source for emitting light, wherein at least some electronic components of the power supply module are disposed in one of the two end caps or in both of the two end caps.<br><br>As shown below in the two figures, the power supply module is connected with the light strip to drive the LED light source for emitting light. The power supply module has at least some electronic components disposed in one end cap or in both of the two end caps.<br><br> |

| | |
|---|---|
| |  |
| 19. The LED tube lamp according to claim 15, wherein the electronic components comprise a rectifying circuit, a filtering circuit, and a LED driving module, wherein the LED module is disposed inside the LED driving module, and | *See* Claim 15. In the Maxlite_L11.5T8DE440-CG4, the electronic components comprise a rectifying circuit, a filtering circuit, and a LED driving module, wherein the LED module is disposed inside the LED driving module, and wherein the LED driving module is coupled to an output terminal of the filtering circuit and configured to drive the LED light source for emitting light.<br><br>For example, as shown in the figure below, the electronic components comprise a rectifying circuit, a filtering circuit, and a LED driving module. The LED module is disposed inside the LED driving module and the LED driving module is coupled to an output terminal of the filtering circuit and configured to drive the LED light source for emitting light. |

| | |
|---|---|
| wherein the LED driving module is coupled to an output terminal of the filtering circuit and configured to drive the LED light source for emitting light. |  |
| 22. The LED tube lamp according to claim 15, wherein the electronic components comprise a rectifying circuit, a filtering circuit, wherein | *See* Claim 15.   In the Maxlite_L11.5T8DE440-CG4, the electronic components comprise a rectifying circuit, a filtering circuit, wherein the LED module is coupled to the filtering circuit which is coupled to the rectifying circuit.<br><br>For example, as shown in the figure below, the electronic components comprise a rectifying circuit and a filtering circuit, and the LED module is coupled to the filtering circuit which is coupled to the rectifying circuit. |

| | |
|---|---|
| the LED module is coupled to the filtering circuit which is coupled to the rectifying circuit. |  |

Annotations to the figures in this chart are preliminary and illustrative only, and are not final or intended to limit Plaintiffs' identification of claim elements in the accused products.    Plaintiff may change, expand, modify or narrow its identification of claim elements in the accused products as it develops further facts as a part of this action.