**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., Ltd., and OBERT, INC., <br><br>PLAINTIFF(S)<br>v.<br><br>MAXLITE, INC.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 19-4047 PA (MAAx)<br><br>**ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

May 9, 2019
Date

United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge  Philip S. Gutierrez  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  PSG  after the case number, so that the case number will read  2:19-cv-04047 PSG(MAAx) . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*

CV-128 (04/14)    ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM