1  QUINN EMANUEL URQUHART &
   SULLIVAN LLP
2  Zachariah Summers (SBN 255284)
   zachsummers@quinnemanuel.com
3  Zhaoxin Yin (SBN 325589)
   johnyin@quinnemanuel.com
4  865 S. Figueroa St., 10th Floor
   Los Angeles, CA 90017
5  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
6
7  (Additional Counsel Listed Below)

   ***Attorneys for Plaintiffs Jiaxing Super***
8  ***Lighting Electric Appliance Co., Ltd., and***
   ***Obert, Inc.***
9
   HOLLAND & KNIGHT LLP
10 Robert S. Hill (SBN 276056)
   200 Crescent Court, Suite 1600
11 Dallas, TX 75201
   Telephone: (214) 964-9500
12 Fascimile: (214) 964-9501
   robert.hill@hklaw.com
13
14 (Additional Counsel Listed Below)

   ***Attorneys for Defendant MaxLite, Inc.***
15

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MAXLITE, INC., <br><br> Defendant. | Case No. 2:19-cv-04047-PSG-MAA <br><br> **JOINT STIPULATION TO STAY CASE** <br><br> Judge: Hon. Philip S. Gutierrez |

Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd., and Obert, Inc. ("Plaintiffs") and Defendant MaxLite, Inc. ("Defendant") (collectively, the "Parties") hereby submit this Joint Stipulation to Stay the above-captioned case for a period of three (3) months based on the following good cause:

1. On May 8, 2019, Plaintiffs filed a complaint in this action against Defendant.

2. On January 10, 2020, Plaintiffs filed a complaint in the Western District of Texas against CH Lighting Tech. Co., Ltd. et al., a supplier of certain accused products to Defendant in this action (the "WDTX case").

3. The WDTX case is scheduled for trial on October 21, 2021.

4. The Parties, having met and conferred in good faith concerning the overlapping scope and issues in both cases, jointly agreed that the resolution of the WDTX case will have a material and substantial impact on the remaining issues in this action.

5. In the interest of efficiency and preserving judicial resources, the Parties jointly request a stay in this action pending final verdict of the WDTX case.

6. The Parties agreed that a stay of three (3) months should provide sufficient time for the WDTX case to resolve, and that if another stay is necessary beyond that point, the Parties would re-assess at that time and advise the Court of the Parties' position(s).

7. Within fourteen (14) days of the final verdict of the WDTX case, the Parties shall negotiate in good faith on a modified case schedule and scope in this action, including narrowing of any issues remaining and further mediation as necessary.

///
///
///
///

8. Therefore, the Parties jointly stipulate and request that the Court order as follows:

    1) This action, filed on May 8, 2019, should be stayed in its entirety until December 7, 2021; and

    2) The Parties shall submit a joint report to the Court by December 7, 2021, or within 14 days of the final verdict of the WDTX case, whichever occurs first.

Respectfully Submitted,

Dated: September 7, 2021

HOLLAND & KNIGHT LLP

By: */s/ Robert S. Hill*
    Robert S. Hill

HOLLAND & KNIGHT LLP
Robert S. Hill (SBN 276056)
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: (214) 964-9500
Fascimile: (214) 964-9501
robert.hill@hklaw.com

Stacey H. Wang (SBN 245195)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Fascimile: (213) 896-2450
stacey.wang@hklaw.com

William E. Sterling (SBN 332585)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (417) 743-6900
william.sterling@hklaw.com

***Attorneys for Defendant MaxLite, Inc.***

2    2:19-cv-04047-PSG-MAA
JOINT STIPULATION TO STAY CASE

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 7, 2021 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 3 | | |
| 4 | | By: */s/ Zachariah Summers*<br>        Zachariah Summers |
| 5 | | Zachariah Summers (SBN 255284)<br>Zhaoxin Yin (SBN 325589)<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | Raymond N. Nimrod (pro hac vice)<br>Richard W. Erwine (pro hac vice)<br>51 Madison Ave.<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | Cindy Hsinhsian Chou (SBN 275544)<br>AT IP Management Co Ltd<br>15201 Apricot Lane<br>North Potomac, MD 20878<br>Telephone: (832) 538-8868 |
| 14 | | |
| 15 | | |
| 16 | | *Attorneys for Plaintiffs Jiaxing Super Lighting Electric Appliance Co., Ltd., and Obert, Inc.* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Zhaoxin Yin, am the CM/ECF user whose ID and password are being used to file this JOINT STIPULATION REGARDING DISCOVERY DEADLINES. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that counsel for MaxLite has concurred in this filing.

Dated: September 7, 2021

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _/s/ Zhaoxin Yin_
    Zhaoxin Yin