Richard C. Vasquez (CA SBN 127228)
rvasquez@vbllaw.com
Jeffrey T. Lindgren (CA SBN 176400)
jlindgren@vbllaw.com
Robert S. McArthur (CA SBN 204604)
mcarthur@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Dr., Suite 130
Walnut Creek, CA 94596
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

FILED
CLERK, U.S. DISTRICT COURT
07/14/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 167

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD., et al.,

Plaintiffs,

v.

MAXLITE, INC.,

Defendant.

Case No: 2:19-cv-04047-PSG-MAA

**~~[PROPOSED]~~ ORDER TO WITHDRAW ECF NO. 157 AND PERMANENTLY PUT UNDER SEAL**

Judge: Hon. Philip S. Gutierrez

Plaintiff Jiaxing Super Lighting Electric Appliance Co., Ltd, and Obert, Inc.'s request to have ECF No. 157 permanently withdrawn and placed under seal.

So ORDERED and SIGNED on 07/14/22.

Hon. Philip S. Gutierrez