VASQUEZ BENISEK & LINDGREN LLP
Richard C. Vasquez (CA SBN 127228)
rvasquez@vbllaw.com
Jeffrey T. Lindgren (CA SBN 176400)
jlindgren@vbllaw.com
Robert S. McArthur (CA SBN 204604)
mcarthur@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
1550 Parkside Dr., Suite 130
Walnut Creek, CA 94596
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

FILED
CLERK, U.S. DISTRICT COURT
07/15/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 175

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JIAXING SUPER LIGHTING ELECTRIC APPLIANCE CO., LTD., et al.,

Plaintiffs,

v.

MAXLITE, INC.,

Defendant.

Case No: 2:19-cv-04047-PSG-MAA

**~~[PROPOSED]~~ ORDER WITHDRAWING DOCKET NUMBER 158**

Judge: Hon. Philip S. Gutierrez
Magistrate Judge: Hon. Maria A Audero

Trial Date: 11/03/2022

The Court, having considered Super Lighting's Notice of Withdrawal of Docket Entry 158, and finds good cause therefor, it is HEREBY ORDERED that Docket Entry 158 is WITHDRAWN.

So ORDERED and SIGNED on 07/18/22

Hon. Philip S. Gutierrez
United States District Judge